UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRUCE RIGGS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MASSACHUSETTS FINANCIAL )<br>SERVICES COMPANY ET AL. )<br>)<br>Defendant. )<br>) | CIVIL ACTION<br>NO. 03-CV-12500-WGY |

### STIPULATION TO EXTEND TIME FOR DEFENDANTS MASSACHUSETTS FINANCIAL SERVICES COMPANY, MFS INVESTMENT MANAGEMENT, AND SUN LIFE FINANCIAL INC. TO RESPOND TO COMPLAINT

Plaintiff, Bruce Riggs, and Defendants Massachusetts Financial Services Company, MFS Investment Management, and Sun Life Financial Inc., hereby stipulate that the time for the Defendants to answer or otherwise respond to the Complaint in the above-captioned action be postponed until the date which is 30 days after the filing of a consolidated amended Complaint. The parties further stipulate that each party reserves all of its rights and that the present stipulation is not to be construed as a waiver of any kind.

LITDOCS:535409.1

| | |
|---|---|
| BRUCE RIGGS<br>By his attorneys,<br><br>*/s/ David Pastor/CND*<br>David Pastor, BBO #391000<br>Gilman and Pastor LLP<br>Kenneth G. Gilman<br>Gilman And Pastor, LLP<br>Stonehill Corporate Center<br>999 Broadway, Suite 500<br>Saugus, MA 01906<br>(781) 231-7850<br><br>Schiffrin & Barroway, LLP<br>Marc A. Topaz<br>Richard A. Maniskas<br>Three Bala Plaza East<br>Suite 400<br>Bala Cynwyd, PA 19004<br>(610) 667-7706<br><br>Cauley Geller Bowman & Rudman, LLP<br>Samuel H. Rudman<br>Robert M. Rothman<br>David Rosenfeld<br>200 Broadhollow Road, Suite 406<br>Melville, NY 11747<br>(631) 367-7100 | MASSACHUSETTS FINANCIAL<br>SERVICES COMPANY, MFS<br>INVESTMENT MANAGEMENT, &<br>SUN LIFE FINANCIAL INC.<br>By their attorney,<br><br>*/s/ Christina N. Davilas*<br>Christina N. Davilas, BBO # 655477<br>Bingham McCutchen LLP<br>150 Federal Street<br>Boston, MA 02110<br>(617) 951-8000 |

Dated:   February 4, 2004