## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS (Boston)

| | |
|---|---|
| BRUCE RIGGS, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>    vs.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY, MFS INVESTMENT MANAGEMENT, SUN LIFE FINANCIAL, INC., MFS SERIES TRUST I, MFS SERIES TRUST II, MFS SERIES TRUST III, MFS SERIES TRUST IV, MFS SERIES TRUST V, MFS SERIES TRUST VI, MFS SERIES TRUST VII, MFS SERIES TRUST VIII, MFS SERIES TRUST IX, MFS SERIES TRUST X, MFS SERIES TRUST XI, MFS CAPITAL OPPORTUNITIES FUND, MFS CORE GROWTH FUND, MFS EMERGING GROWTH FUND, MFS LARGE CAP GROWTH FUND, MFS MANAGED SECTORS FUND, MFS MID CAP GROWTH FUND, MFS NEW DISCOVERY FUND, MFS NEW ENDEAVOR FUND, MFS RESEARCH FUND, MFS STRATEGIC GROWTH FUND, MFS TECHNOLOGY FUND, MASSACHUSETTS INVESTORS GROWTH STOCK, MFS MID CAP VALUE FUND, MFS RESEARCH GROWTH AND INCOME FUND, MFS TOTAL RETURN FUND, MFS UNION STANDARD EQUITY FUND, MFS UTILITIES FUND, MFS<br><br>**[Caption continued on next page]** | Civil Action No. 03-CV-12500<br>Judge William G. Young<br><br><u>**SECURITIES CLASS ACTION**</u> |

**NOTICE OF MOTION OF THE CITY OF CHICAGO, FOR THE
CITY OF CHICAGO DEFERRED COMPENSATION PLAN, FOR:
(1) APPOINTMENT OF THE CITY OF CHICAGO DEFERRED
COMPENSATION PLAN AS LEAD PLAINTIFF; (2) APPROVAL OF
ITS SELECTION OF COUNSEL TO SERVE AS LEAD COUNSEL FOR
<u>THE CLASS; AND (3) CONSOLIDATION OF ALL RELATED ACTIONS</u>**

VALUE FUND, MASSACHUSETTS
INVESTORS TRUST, MFS AGGRESSIVE
GROWTH ALLOCATION FUND, MFS
CONSERVATIVE ALLOCATION FUND, MFS
MODERATE ALLOCATION FUND, MFS
BOND FUND, MFS EMERGING MARKETS
DEBT FUND, MFS GOVERNMENT LIMITED
MATURITY FUND, MFS GOVERNMENT
MORTGAGE FUND, MFS GOVERNMENT
SECURITIES FUND, MFS HIGH INCOME
FUND, MFS HIGH YIELD OPPORTUNITIES
FUND, MFS INTERMEDIATE INVESTMENT
GRADE BOND FUND, MFS LIMITED
MATURITY FUND, MFS RESEARCH BOND
FUND, MFS STRATEGIC INCOME FUND,
MFS ALABAMA MUNICIPAL BOND FUND,
MFS ARKANSAS MUNICIPAL BOND FUND,
MFS CALIFORNIA MUNICIPAL BOND FUND,
MFS FLORIDA MUNICIPAL BOND FUND,
MFS GEORGIA MUNICIPAL BOND FUND,
MFS MARYLAND MUNICIPAL BOND FUND,
MFS MASSACHUSETTS MUNICIPAL BOND
FUND, MFS MUNICIPAL BOND FUND, MFS
MUNICIPAL LIMITED MATURITY FUND,
MFS NEW YORK MUNICIPAL BOND FUND,
MFS NORTH CAROLINA MUNICIPAL BOND
FUND, MFS PENNSYLVANIA MUNICIPAL
BOND FUND, MFS SOUTH CAROLINA
MUNICIPAL BOND FUND, MFS TENNESSEE
MUNICIPAL BOND FUND, MFS VIRGINIA
MUNICIPAL BOND FUND, MFS WEST
VIRGINIA MUNICIPAL BOND FUND, MFS
EMERGING MARKETS EQUITY FUND, MFS
GLOBAL EQUITY FUND, MFS GLOBAL
GROWTH FUND, MFS GLOBAL TOTAL
RETURN FUND, MFS INTERNATIONAL
GROWTH FUND, MFS INTERNATIONAL
NEW DISCOVERY FUND, MFS
INTERNATIONAL VALUE FUND, MFS
RESEARCH INTERNATIONAL FUND, and
DOES 1–100,

                    Defendants.

**[See additional captions on subsequent pages]**

OLIVER S. TRONE, Individually and On Behalf
of All Others Similarly Situated,

               Plaintiff,

     vs.

MFS CAPITAL OPPORTUNITIES FUND, MFS
CORE GROWTH FUND, MFS EMERGING
GROWTH FUND, MFS GROWTH
OPPORTUNITIES FUND, MFS LARGE CAP
GROWTH FUND, MFS MANAGED SECTORS
FUND, MFS MID CAP GROWTH FUND, MFS
NEW DISCOVERY FUND, MFS NEW
ENDEAVOR FUND, MFS RESEARCH FUND,
MFS STRATEGIC GROWTH FUND, MFS
TECHNOLOGY FUND, MASSACHUSETTS
INVESTORS GROWTH STOCK, MFS MID
CAP VALUE FUND, MFS RESEARCH
GROWTH AND INCOME FUND, MFS
STRATEGIC VALUE FUND, MFS TOTAL
RETURN FUND, MFS UNION STANDARD
EQUITY FUND, MFS UTILITIES FUND, MFS
VALUE FUND, MASSACHUSETTS
INVESTORS TRUST, MFS AGGRESSIVE
GROWTH ALLOCATION FUND, MFS
CONSERVATIVE ALLOCATION FUND, MFS
GROWTH ALLOCATION FUND, MFS
MODERATE ALLOCATION FUND, MFS
BOND FUND, MFS EMERGING MARKETS
DEBT FUND, MFS GOVERNMENT LIMITED
MATURITY FUND, MFS GOVERNMENT
MORTGAGE FUND, MFS GOVERNMENT
SECURITIES FUND, MFS HIGH INCOME
FUND, MFS HIGH YIELD OPPORTUNITIES
FUND, MFS INTERMEDIATE INVESTMENT
GRADE BOND FUND, MFS LIMITED
MATURITY FUND, MFS RESEARCH BOND
FUND, MFS STRATEGIC INCOME FUND,
MFS ALABAMA MUNICIPAL BOND FUND,
MFS ARKANSAS MUNICIPAL BOND FUND,
MFS CALIFORNIA MUNICIPAL BOND FUND,
MFS FLORIDA MUNICIPAL BOND FUND,

**[Caption continued on next page]**

Civil Action No. 03-CV-12514
Judge William G. Young

## SECURITIES CLASS ACTION

MFS GEORGIA MUNICIPAL BOND FUND,
MFS MARYLAND MUNICIPAL BOND FUND,
MFS MASSACHUSETTS MUNICIPAL BOND
FUND, MFS MISSISSIPPI MUNICIPAL BOND
FUND, MFS MUNICIPAL BOND FUND, MFS
MUNICIPAL LIMITED MATURITY FUND,
MFS NEW YORK MUNICIPAL BOND FUND,
MFS NORTH CAROLINA MUNICIPAL BOND
FUND, MFS PENNSYLVANIA MUNICIPAL
BOND FUND, MFS SOUTH CAROLINA
MUNICIPAL BOND FUND, MFS TENNESSEE
MUNICIPAL BOND FUND, MFS VIRGINIA
MUNICIPAL BOND FUND, MFS WEST
VIRGINIA MUNICIPAL BOND FUND, MFS
EMERGING MARKETS EQUITY FUND, MFS
GLOBAL EQUITY FUND, MFS GLOBAL
GROWTH FUND, MFS GLOBAL TOTAL
RETURN FUND, MFS INTERNATIONAL
GROWTH FUND, MFS INTERNATIONAL
NEW DISCOVERY FUND, MFS
INTERNATIONAL VALUE FUND, MFS
RESEARCH INTERNATIONAL FUND, MFS
CASH RESERVE FUND, MFS GOVERNMENT
MONEY MARKET FUND, MFS MONEY
MARKET FUND (collectively known as "MFS
FUNDS"); MFS MUNICIPAL SERIES TRUST,
MFS SERIES TRUST I, MFS SERIES TRUST II,
MFS SERIES TRUST III, MFS SERIES TRUST
IV, MFS SERIES TRUST V, MFS SERIES
TRUST VI, MFS SERIES TRUST VII, MFS
SERIES TRUST VIII, MFS SERIES TRUST IX,
MFS SERIES TRUST X, AND MFS SERIES
TRUST XI (collectively known as the "MFS
FUNDS REGISTRANTS"); SUN LIFE
FINANCIAL INC.; MASSACHUSETTS
FINANCIAL SERVICES COMPANY (d/b/a
"MFS INVESTMENT MANAGEMENT"), and
JOHN DOES 1–100,

Defendants.

DAVID SHAEV, Individually and On Behalf of
All Others Similarly Situated,

        Plaintiff,

vs.

MASSACHUSETTS FINANCIAL SERVICES
CO.,

        Defendants.

Civil Action No.  03-CV-12520
Judge Morris E. Lasker

**SECURITIES CLASS ACTION**

---

DANIELLE ADAMS and DEAN
DELLAVENTURA, Individually and On Behalf
of All Others Similarly Situated,

        Plaintiffs,

vs.

MFS CAPITAL OPPORTUNITIES FUND, MFS
CORE GROWTH FUND, MFS EMERGING
GROWTH FUND, MFS GROWTH
OPPORTUNITIES FUND, MFS LARGE CAP
GROWTH FUND, MFS MANAGED SECTORS
FUND, MFS MID CAP GROWTH FUND, MFS
NEW DISCOVERY FUND, MFS NEW
ENDEAVOR FUND, MFS RESEARCH FUND,
MFS STRATEGIC GROWTH FUND, MFS
TECHNOLOGY FUND, MASSACHUSETTS
INVESTORS GROWTH STOCK, MFS MID
CAP VALUE FUND, MFS RESEARCH
GROWTH AND INCOME FUND, MFS
STRATEGIC VALUE FUND, MFS TOTAL
RETURN FUND, MFS UNION STANDARD
EQUITY FUND, MFS UTILITIES FUND, MFS
VALUE FUND, MASSACHUSETTS
INVESTORS TRUST, MFS AGGRESSIVE
GROWTH ALLOCATION FUND, MFS
CONSERVATIVE ALLOCATION FUND, MFS
GROWTH ALLOCATION FUND, MFS
MODERATE ALLOCATION FUND, MFS
BOND FUND, MFS EMERGING MARKETS

**[Caption continued on next page]**

Civil Action No.  03-CV-12536
Judge William G. Young

**SECURITIES CLASS ACTION**

DEBT FUND, MFS GOVERNMENT LIMITED
MATURITY FUND, MFS GOVERNMENT
MORTGAGE FUND, MFS GOVERNMENT
SECURITIES FUND, MFS HIGH INCOME
FUND, MFS HIGH YIELD OPPORTUNITIES
FUND, MFS INTERMEDIATE INVESTMENT
GRADE BOND FUND, MFS LIMITED
MATURITY FUND, MFS RESEARCH BOND
FUND, MFS STRATEGIC INCOME FUND,
MFS ALABAMA MUNICIPAL BOND FUND,
MFS ARKANSAS MUNICIPAL BOND FUND,
MFS CALIFORNIA MUNICIPAL BOND FUND,
MFS FLORIDA MUNICIPAL BOND FUND,
MFS GEORGIA MUNICIPAL BOND FUND,
MFS MARYLAND MUNICIPAL BOND FUND,
MFS MASSACHUSETTS MUNICIPAL BOND
FUND, MFS MISSISSIPPI MUNICIPAL BOND
FUND, MFS MUNICIPAL BOND FUND, MFS
MUNICIPAL LIMITED MATURITY FUND,
MFS NEW YORK MUNICIPAL BOND FUND,
MFS NORTH CAROLINA MUNICIPAL BOND
FUND, MFS PENNSYLVANIA MUNICIPAL
BOND FUND, MFS SOUTH CAROLINA
MUNICIPAL BOND FUND, MFS TENNESSEE
MUNICIPAL BOND FUND, MFS VIRGINIA
MUNICIPAL BOND FUND, MFS WEST
VIRGINIA MUNICIPAL BOND FUND, MFS
EMERGING MARKETS EQUITY FUND, MFS
GLOBAL EQUITY, MFS GLOBAL GROWTH
FUND, MFS GLOBAL TOTAL RETURN FUND,
MFS INTERNATIONAL GROWTH FUND, MFS
INTERNATIONAL NEW DISCOVERY FUND,
MFS INTERNATIONAL VALUE FUND, MFS
RESEARCH INTERNATIONAL FUND, MFS
CASH RESERVE FUND, MFS GOVERNMENT
MONEY MARKET FUND, MFS MONEY
MARKET FUND, MFS FIXED FUND
(collectively known as "MFS FUNDS"); MFS
MUNICIPAL SERIES TRUST, MFS SERIES
TRUST I, MFS SERIES TRUST II, MFS SERIES
TRUST III, MFS SERIES TRUST IV, MFS
SERIES TRUST V, MFS SERIES TRUST VI,
MFS SERIES TRUST VII, MFS SERIES TRUST
VIII, MFS SERIES TRUST IX, MFS SERIES

**[Caption continued on next page]**

TRUST X, AND MFS SERIES TRUST XI
(collectively known as the "MFS FUNDS
REGISTRANTS"); SUN LIFE FINANCIAL
INC.; MASSACHUSETTS FINANCIAL
SERVICES COMPANY (d/b/a "MFS
INVESTMENT MANAGEMENT"), and JOHN
DOES 1–100,

                    Defendants.

JACOB ELEPHANT, Individually and On Behalf
of All Others Similarly Situated,

                    Plaintiff,

        vs.

MASSACHUSETTS FINANCIAL SERVICES
COMPANY, MFS INVESTMENT
MANAGEMENT, SUN LIFE FINANCIAL, INC.,
MFS SERIES TRUST I, MFS SERIES TRUST II,
MFS SERIES TRUST III, MFS SERIES TRUST
IV, MFS SERIES TRUST V, MFS SERIES
TRUST VI, MFS SERIES TRUST VII, MFS
SERIES TRUST VIII, MFS SERIES TRUST IX,
MFS SERIES TRUST X, MFS SERIES TRUST
XI, MFS CAPITAL OPPORTUNITIES FUND,
MFS CORE GROWTH FUND, MFS
EMERGING GROWTH FUND, MFS LARGE
CAP GROWTH FUND, MFS MANAGED
SECTORS FUND, MFS MID CAP GROWTH
FUND, MFS NEW DISCOVERY FUND, MFS
NEW ENDEAVOR FUND, MFS RESEARCH
FUND, MFS STRATEGIC GROWTH FUND,
MFS TECHNOLOGY FUND,
MASSACHUSETTS INVESTORS GROWTH
STOCK, MFS MID CAP VALUE FUND, MFS
RESEARCH GROWTH AND INCOME FUND,
MFS TOTAL RETURN FUND, MFS UNION
STANDARD EQUITY FUND, MFS UTILITIES
FUND, MFS VALUE FUND,
MASSACHUSETTS INVESTORS TRUST, MFS
AGGRESSIVE GROWTH ALLOCATION
FUND, MFS CONSERVATIVE ALLOCATION
FUND, MFS MODERATE ALLOCATION

  [Caption continued on next page]

Civil Action No.  03-CV-12570
Judge William G. Young

**SECURITIES CLASS ACTION**

FUND, MFS BOND FUND, MFS EMERGING
MARKETS DEBT FUND, MFS GOVERNMENT
LIMITED MATURITY FUND, MFS
GOVERNMENT MORTGAGE FUND, MFS
GOVERNMENT SECURITIES FUND, MFS
HIGH INCOME FUND, MFS HIGH YIELD
OPPORTUNITIES FUND, MFS
INTERMEDIATE INVESTMENT GRADE
BOND FUND, MFS LIMITED MATURITY
FUND, MFS RESEARCH BOND FUND, MFS
STRATEGIC INCOME FUND, MFS ALABAMA
MUNICIPAL BOND FUND, MFS ARKANSAS
MUNICIPAL BOND FUND, MFS CALIFORNIA
MUNICIPAL BOND FUND, MFS FLORIDA
MUNICIPAL BOND FUND, MFS GEORGIA
MUNICIPAL BOND FUND, MFS MARYLAND
MUNICIPAL BOND FUND, MFS
MASSACHUSETTS MUNICIPAL BOND
FUND, MFS MISSISSIPPI MUNICIPAL BOND
FUND, MFS MUNICIPAL BOND FUND, MFS
MUNICIPAL LIMITED MATURITY FUND,
MFS NEW YORK MUNICIPAL BOND FUND,
MFS NORTH CAROLINA MUNICIPAL BOND
FUND, MFS PENNSYLVANIA MUNICIPAL
BOND FUND, MFS SOUTH CAROLINA
MUNICIPAL BOND FUND, MFS TENNESSEE
MUNICIPAL BOND FUND, MFS VIRGINIA
MUNICIPAL BOND FUND, MFS WEST
VIRGINIA MUNICIPAL BOND FUND, MFS
EMERGING MARKETS EQUITY FUND, MFS
GLOBAL EQUITY FUND, MFS GLOBAL
GROWTH FUND, MFS GLOBAL TOTAL
RETURN FUND, MFS INTERNATIONAL
GROWTH FUND, MFS INTERNATIONAL
NEW DISCOVERY FUND, MFS
INTERNATIONAL VALUE FUND, MFS
RESEARCH INTERNATIONAL FUND (the
"MFS Funds"), and DOES 1–100,

Defendants.

YAKOV BURSTEIN, IRA, Individually and On
Behalf of All Others Similarly Situated,

                     Plaintiff,

      vs.

MFS GLOBAL TELECOMMUNICATIONS
FUND, MFS CAPITAL OPPORTUNITIES
FUND, MFS CORE GROWTH FUND, MFS
EMERGING GROWTH FUND, MFS GROWTH
OPPORTUNITIES FUND, MFS LARGE CAP
GROWTH FUND, MFS MANAGED SECTORS
FUND, MFS MID CAP GROWTH FUND, MFS
NEW DISCOVERY FUND, MFS NEW
ENDEAVOR FUND, MFS RESEARCH FUND,
MFS STRATEGIC GROWTH FUND, MFS
TECHNOLOGY FUND, MASSACHUSETTS
INVESTORS GROWTH STOCK, MFS MID
CAP VALUE FUND, MFS RESEARCH
GROWTH AND INCOME FUND, MFS
STRATEGIC VALUE FUND, MFS TOTAL
RETURN FUND, MFS UNION STANDARD
EQUITY FUND, MFS UTILITIES FUND, MFS
VALUE FUND, MASSACHUSETTS
INVESTORS TRUST, MFS AGGRESSIVE
GROWTH ALLOCATION FUND, MFS
CONSERVATIVE ALLOCATION FUND, MFS
GROWTH ALLOCATION FUND, MFS
MODERATE ALLOCATION FUND, MFS
BOND FUND, MFS EMERGING MARKETS
DEBT FUND, MFS GOVERNMENT LIMITED
MATURITY FUND, MFS GOVERNMENT
MORTGAGE FUND, MFS GOVERNMENT
SECURITIES FUND, MFS HIGH INCOME
FUND, MFS HIGH YIELD OPPORTUNITIES
FUND, MFS INTERMEDIATE INVESTMENT
GRADE BOND FUND, MFS LIMITED
MATURITY FUND, MFS RESEARCH BOND
FUND, MFS STRATEGIC INCOME FUND,
MFS ALABAMA MUNICIPAL BOND FUND,
MFS ARKANSAS MUNICIPAL BOND FUND,
MFS CALIFORNIA MUNICIPAL BOND FUND,

**[Caption continued on next page]**

Civil Action No.  03-CV-12622
Judge William G. Young


**SECURITIES CLASS ACTION**

MFS FLORIDA MUNICIPAL BOND FUND,
MFS GEORGIA MUNICIPAL BOND FUND,
MFS MARYLAND MUNICIPAL BOND FUND,
MFS MASSACHUSETTS MUNICIPAL BOND
FUND, MFS MISSISSIPPI MUNICIPAL BOND
FUND, MFS MUNICIPAL BOND FUND, MFS
MUNICIPAL LIMITED MATURITY FUND,
MFS NEW YORK MUNICIPAL BOND FUND,
MFS NORTH CAROLINA MUNICIPAL BOND
FUND, MFS PENNSYLVANIA MUNICIPAL
BOND FUND, MFS SOUTH CAROLINA
MUNICIPAL BOND FUND, MFS TENNESSEE
MUNICIPAL BOND FUND, MFS VIRGINIA
MUNICIPAL BOND FUND, MFS WEST
VIRGINIA MUNICIPAL BOND FUND, MFS
EMERGING MARKETS EQUITY FUND, MFS
GLOBAL EQUITY FUND, MFS GLOBAL
GROWTH FUND, MFS GLOBAL TOTAL
RETURN FUND, MFS INTERNATIONAL
GROWTH FUND, MFS INTERNATIONAL
NEW DISCOVERY FUND, MFS
INTERNATIONAL VALUE FUND, MFS
RESEARCH INTERNATIONAL FUND, MFS
CASH RESERVE FUND, MFS GOVERNMENT
MONEY MARKET FUND, MFS MONEY
MARKET FUND (collectively known as "MFS
FUNDS"); MFS MUNICIPAL SERIES TRUST,
MFS SERIES TRUST I, MFS SERIES TRUST II,
MFS SERIES TRUST III, MFS SERIES TRUST
IV, MFS SERIES TRUST V, MFS SERIES
TRUST VI, MFS SERIES TRUST VII, MFS
SERIES TRUST VIII, MFS SERIES TRUST IX,
MFS SERIES TRUST X, AND MFS SERIES
TRUST XI (collectively knows as the "MFS
FUNDS REGISTRANTS"); SUN LIFE
FINANCIAL INC.; MASSACHUSETTS
FINANCIAL SERVICES COMPANY (d/b/a/
"MFS INVESTMENT MANAGEMENT"), and
JOHN DOES 1–100,

                    Defendants.

ALBERT FELDMAN, Individually and On Behalf
of All Others Similarly Situated,

Plaintiff,

vs.

MASSACHUSETTS FINANCIAL SERVICES
COMPANY, MFS INVESTMENT
MANAGEMENT, SUN LIFE FINANCIAL, INC.,
MFS SERIES TRUST I, MFS SERIES TRUST II,
MFS SERIES TRUST III, MFS SERIES TRUST
IV, MFS SERIES TRUST V, MFS SERIES
TRUST VI, MFS SERIES TRUST VII, MFS
SERIES TRUST VIII, MFS SERIES TRUST IX,
MFS SERIES TRUST X, MFS SERIES TRUST
XI, MFS CAPITAL OPPORTUNITIES FUND,
MFS CORE GROWTH FUND, MFS
EMERGING GROWTH FUND, MFS LARGE
CAP GROWTH FUND, MFS MANAGED
SECTORS FUND, MFS MID CAP GROWTH
FUND, MFS NEW DISCOVERY FUND, MFS
NEW ENDEAVOR FUND, MFS RESEARCH
FUND, MFS STRATEGIC GROWTH FUND,
MFS TECHNOLOGY FUND,
MASSACHUSETTS INVESTORS GROWTH
STOCK, MFS MID CAP VALUE FUND, MFS
RESEARCH GROWTH AND INCOME FUND,
MFS TOTAL RETURN FUND, MFS UNION
STANDARD EQUITY FUND, MFS UTILITIES
FUND, MFS VALUE FUND,
MASSACHUSETTS INVESTORS TRUST, MFS
AGGRESSIVE GROWTH ALLOCATION
FUND, MFS CONSERVATIVE ALLOCATION
FUND, MFS MODERATE ALLOCATION
FUND, MFS BOND FUND, MFS EMERGING
MARKETS DEBT FUND, MFS GOVERNMENT
LIMITED MATURITY FUND, MFS
GOVERNMENT MORTGAGE FUND, MFS
GOVERNMENT SECURITIES FUND, MFS
HIGH INCOME FUND, MFS HIGH YIELD
OPPORTUNITIES FUND, MFS
INTERMEDIATE INVESTMENT GRADE

[Caption continued on next page]

Civil Action No.  04-CV-10009
Judge Richard G. Stearns

**SECURITIES CLASS ACTION**

BOND FUND, MFS LIMITED MATURITY
FUND, MFS RESEARCH BOND FUND, MFS
STRATEGIC INCOME FUND, MFS ALABAMA
MUNICIPAL BOND FUND, MFS ARKANSAS
MUNICIPAL BOND FUND, MFS CALIFORNIA
MUNICIPAL BOND FUND, MFS FLORIDA
MUNICIPAL BOND FUND, MFS GEORGIA
MUNICIPAL BOND FUND, MFS MARYLAND
MUNICIPAL BOND FUND, MFS
MASSACHUSETTS MUNICIPAL BOND
FUND, MFS MISSISSIPPI MUNICIPAL BOND
FUND, MFS MUNICIPAL BOND FUND, MFS
MUNICIPAL LIMITED MATURITY FUND,
MFS NEW YORK MUNICIPAL BOND FUND,
MFS NORTH CAROLINA MUNICIPAL BOND,
FUND, MFS PENNSYLVANIA MUNICIPAL
BOND FUND, MFS SOUTH CAROLINA
MUNICIPAL BOND FUND, MFS TENNESSEE
MUNICIPAL BOND FUND, MFS VIRGINIA
MUNICIPAL BOND FUND, MFS WEST
VIRGINIA MUNICIPAL BOND FUND, MFS
EMERGING MARKETS EQUITY FUND, MFS
GLOBAL EQUITY FUND, MFS GLOBAL
GROWTH FUND, MFS GLOBAL TOTAL
RETURN FUND, MFS INTERNATIONAL
GROWTH FUND, MFS INTERNATIONAL
NEW DISCOVERY FUND, MFS
INTERNATIONAL VALUE FUND, MFS
RESEARCH INTERNATIONAL FUND,
(collectively the "MFS Funds"), and JOHN DOES
CORPORATIONS 1–100,

                    Defendants.

ED CASEY,

                    Plaintiff,

        vs.

MASSACHUSETTS FINANCIAL SERVICES
CO.,

                    Defendant.

Civil Action No.  04-CV-10010
Judge Morris E. Lasker


**SECURITIES CLASS ACTION**

HUGH F. BOYD, III, and SANDRA S. BOYD,
Individually and On Behalf of All Others Similarly
Situated,

Plaintiffs,

vs.

MASSACHUSETTS FINANCIAL SERVICES
COMPANY, MFS INVESTMENT
MANAGEMENT, SUN LIFE FINANCIAL, INC.,
MFS SERIES TRUST I, MFS SERIES TRUST II,
MFS SERIES TRUST III, MFS SERIES TRUST
IV, MFS SERIES TRUST V, MFS SERIES
TRUST VI, MFS SERIES TRUST VII, MFS
SERIES TRUST VII, MFS SERIES TRUST IX,
MFS SERIES TRUST X, MFS SERIES TRUST
XI, MFS CAPITAL OPPORTUNITIES FUND,
MFS CORE GROWTH FUND, MFS
EMERGING GROWTH FUND, MFS LARGE
CAP GROWTH FUND, MFS MANAGED
SECTORS FUND, MFS MID CAP GROWTH
FUND, MFS NEW DISCOVERY FUND, MFS
NEW ENDEAVOR FUND, MFS RESEARCH
FUND, MFS STRATEGIC GROWTH FUND,
MFS TECHNOLOGY FUND,
MASSACHUSETTS INVESTORS GROWTH
STOCK, MFS MID CAP VALUE FUND, MFS
RESEARCH GROWTH AND INCOME FUND,
MFS TOTAL RETURN FUND, MFS UNION
STANDARD EQUITY FUND, MFS UTILITIES
FUND, MFS VALUE FUND,
MASSACHUSETTS INVESTORS TRUST, MFS
AGGRESSIVE GROWTH ALLOCATION
FUND, MFS CONSERVATIVE ALLOCATION
FUND, MFS MODERATE ALLOCATION
FUND, MFS BOND FUND, MFS EMERGING
MARKETS DEBT FUND, MFS GOVERNMENT
LIMITED MATURITY FUND, MFS
GOVERNMENT MORTGAGE FUND, MFS
GOVERNMENT SECURITIES FUND, MFS
HIGH INCOME FUND, MFS HIGH YIELD
OPPORTUNITIES FUND, MFS
INTERMEDIATE INVESTMENT GRADE

[Caption continued on next page]

Civil Action No.  04-CV-10252
Judge William G. Young

**SECURITIES CLASS ACTION**

BOND FUND, MFS LIMITED MATURITY
FUND, MFS RESEARCH BOND FUND, MFS
STRATEGIC INCOME FUND MFS ALABAMA
MUNICIPAL BOND FUND, MFS ARKANSAS
MUNICIPAL BOND FUND, MFS CALIFORNIA
MUNICIPAL BOND FUND, MFS FLORIDA
MUNICIPAL BOND FUND, MFS GEORGIA
MUNICIPAL BOND FUND, MFS MARYLAND
MUNICIPAL BOND FUND, MFS
MASSACHUSETTS MUNICIPAL BOND
FUND, MFS MISSISSIPPI MUNICIPAL BOND
FUND, MFS MUNICIPAL BOND FUND, MFS
MUNICIPAL LIMITED MATURITY FUND,
MFS NEW YORK MUNICIPAL BOND FUND,
MFS NORTH CAROLINA MUNICIPAL BOND
FUND, MFS PENNSYLVANIA MUNICIPAL
BOND FUND, MFS SOUTH CAROLINA
MUNICIPAL BOND FUND, MFS TENNESSEE
MUNICIPAL BOND FUND, MFS VIRGINIA
MUNICIPAL BOND FUND, MFS WEST
VIRGINIA MUNICIPAL BOND FUND, MFS
EMERGING MARKETS EQUITY FUND, MFS
GLOBAL EQUITY FUND, MFS GLOBAL
GROWTH FUND, MFS GLOBAL TOTAL
RETURN FUND, MFS INTERNATIONAL
GROWTH FUND, MFS INTERNATIONAL
NEW DISCOVERY FUND, MFS
INTERNATIONAL VALUE FUND, MFS
RESEARCH INTERNATIONAL FUND, and
DOES 1-100,

                    Defendants.

PLEASE TAKE NOTICE that on a date and time to be set by the Court, before the Honorable William G. Young, at the United States District Court for the District of Massachusetts, located at 1 Courthouse Way, Boston, Massachusetts 02210, the City of Chicago, for the City of Chicago Deferred Compensation Plan (the "Chicago Deferred Compensation Plan") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B) and Section 27(a) of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. § 77z-1(a), as amended by Section 101(a) of the Private Securities Litigation Reform Act of 1995 (the "Reform Act"), for entry of an Order appointing the Chicago Deferred Compensation Plan as Lead Plaintiff in this Action, approving its choice of counsel to serve as Lead Counsel for the Class, and consolidating all related actions herewith under Rule 42(a) of the Federal Rules of Civil Procedure.

The Chicago Deferred Compensation Plan had a financial interest in excess of $40 million in certain of the mutual funds offered by Massachusetts Financial Services Company (the "MFS Funds")[1] during the period from December 15, 1998 through December 8, 2003 (the

---

[1] Hereinafter, "MFS Funds" shall refer to MFS Capital Opportunities Fund, MFS Core Growth Fund, MFS Emerging Growth Fund, MFS Growth Opportunities Fund, MFS Large Cap Growth Fund, MFS Managed Sectors Fund, MFS Mid Cap Growth Fund, MFS New Discovery Fund, MFS New Endeavor Fund, MFS Research Fund, MFS Strategic Growth Fund, MFS Technology Fund, Massachusetts Investors Growth Stock Fund, MFS Mid Cap Value Fund, MFS Research Growth and Income Fund, MFS Strategic Value Fund, MFS Total Return Fund, MFS Union Standard Equity Fund, MFS Utilities Fund, MFS Value Fund, Massachusetts Investors Trust MFS Aggressive Growth Allocation Fund, MFS Conservative Allocation Fund, MFS Growth Allocation Fund, MFS Moderate Allocation Fund, MFS Bond Fund, MFS Emerging Markets Debt Fund, MFS Government Limited Maturity Fund, MFS Government Mortgage Fund, MFS Government Securities Fund, MFS High Income Fund, MFS High Yield Opportunities Fund, MFS Intermediate Investment Grade Bond Fund, MFS Limited Maturity Fund, MFS Research Bond Fund, MFS Strategic Income Fund, MFS Alabama Municipal Bond Fund, MFS Arkansas Municipal Bond Fund, MFS California Municipal Bond Fund, MFS Florida Municipal Bond Fund, MFS Georgia Municipal Bond Fund, MFS Maryland Municipal Bond Fund, MFS

-1-

"Class Period"). The appointment of the Chicago Deferred Compensation Plan as Lead Plaintiff would advance the primary goal of the Reform Act's lead plaintiff provision – to encourage a sophisticated institutional investor with a large financial stake in the outcome of the litigation to assume control over securities class actions. In addition, the Chicago Deferred Compensation Plan meets the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other class members' claims and it will fairly and adequately represent the interests of the Class. The Chicago Deferred Compensation Plan also seeks the Court's approval of its selection of the law firm of Bernstein Litowitz Berger & Grossmann LLP as Lead Counsel for the Class pursuant to Section 21D(a)(3)(B)(v) of the Exchange Act and Section 27(a)(3)(B)(v) of the Securities Act.

This motion is based upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Alicia M. Duff (the "Duff Declaration") filed

---

Massachusetts Municipal Bond Fund, MFS Mississippi Municipal Bond Fund, MFS Municipal Bond Fund, MFS Municipal High Income Fund, MFS Municipal Income Fund, MFS Municipal Limited Maturity Fund, MFS New York Municipal Bond Fund, MFS North Carolina Municipal Bond Fund, MFS Pennsylvania Municipal Bond Fund, MFS South Carolina Municipal Bond Fund, MFS Tennessee Municipal Bond Fund, MFS Virginia Municipal Bond Fund, MFS West Virginia Municipal Bond Fund, MFS Emerging Markets Equity Fund, MFS Global Equity Fund, MFS Global Growth Fund, MFS Global Total Return Fund, MFS International Growth Fund, MFS International New Discovery Fund, MFS International Value Fund, MFS Research International Fund, MFS Cash Reserve Fund, MFS Government Money Market Fund, MFS Money Market Fund. Together with the MFS Funds, MFS Municipal Series Trust, MFS Series Trust I, MFS Series Trust II, MFS Series Trust III, MFS Series Trust IV, MFS Series Trust V, MFS Series Trust VI, MFS Series Trust VII, MFS Series Trust VIII, MFS Series Trust IX, MFS Series Trust X, MFS Series Trust XI (known collectively as the "MFS Funds Registrants"); Sun Life Financial Inc.; Massachusetts Financial Services Company (d/b/a MFS Investment Management) ("MFS") and Does 1-100 are referred to herein as the "Defendants."

herewith, all other pleadings and files herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, the City of Chicago, for the Chicago Deferred Compensation Plan, respectfully requests that the Court: (1) appoint the Chicago Deferred Compensation Plan as Lead Plaintiff; (2) approve its selection of counsel as Lead Counsel for the Class; (3) consolidate all pending related actions; and (4) grant such other and further relief as the Court may deem just and proper.

<u>REQUEST FOR ORAL ARGUMENT</u>

Pursuant to Local Rule 7.1(d), the City of Chicago, for the Chicago Deferred

Compensation Plan, respectfully requests oral argument on this motion.

Dated:  February 9, 2004                    Respectfully submitted,

                                            BERNSTEIN LITOWITZ BERGER
                                                & GROSSMANN LLP

                                            */s/ Alicia M. Duff*
                                            _____
                                            ALICIA M. DUFF, BBO #637963

                                            ALAN SCHULMAN
                                            ROBERT S. GANS
                                            TIMOTHY A. DeLANGE
                                            ALICIA M. DUFF
                                            12544 High Bluff Drive, Suite 150
                                            San Diego, CA 92130
                                            aliciad@blbglaw.com
                                            Tel:    (858) 793-0070
                                            Fax:    (858) 793-0323
                                                    -and-
                                            DOUGLAS M. McKEIGE
                                            GERALD H. SILK
                                            JOSEPH A. FONTI
                                            EITAN MISULOVIN
                                            1285 Avenue of the Americas
                                            New York, New York 10019
                                            Tel:    (212) 554-1400
                                            Fax:    (212) 554-1444

                                            *Attorneys for the City of Chicago
                                            Deferred Compensation Plan and
                                            Proposed Lead Counsel for the Class*

::ODMA\PCDOCS\blbgca\13117\1

-4-

## **RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), counsel hereby certifies that it is unaware at this time whether this matter shall be opposed or unopposed, or whether any competing motions for appointment as lead plaintiff will be filed.  Therefore, counsel has been unable to confer with opposing counsel as set forth in this Rule.

/s/ Alicia M. Duff
_____
ALICIA M. DUFF, BBO #637963