# EXHIBIT B

Litigation Currently Pending Against the Defendants In
The District of Massachusetts

| Abbreviated Case Names | Docket Number | Date Filed |
|---|---|---|
| Riggs v. Massachusetts Fin. Serv., et al. | 03-cv-12500 | 12/11/03 |
| Trone v. MFS Capital Opportunities Fund, et al. | 03-cv-12514 | 12/15/03 |
| Shaev v. Massachusetts Fin. Serv. Co. | 03-cv-12520 | 12/16/03 |
| Adams v. MFS Capital Opportunities Fund, et al. | 03-cv-12536 | 12/17/03 |
| Elephant v. Massachusetts Fin. Serv., et al. | 03-cv-12570 | 12/19/03 |
| Starr v. Massachusetts Fin. Serv., et al. | 03-cv-12595 | 12/23/03 |
| Burstein v. MFS Global Telecomm. Fund, et al. | 03-cv-12622 | 12/30/03 |
| Feldman v. Massachusetts Fin. Serv., et al. | 04-cv-10009 | 1/5/04 |
| Casey v. Massachusetts Fin. Serv. Co. | 04-cv-10010 | 1/6/04 |
| Boyd, et al. v. Mass. Fin. Serv.Co., et al. | 04-cv-10252 | 2/5/04 |

Litigation Currently Pending Against the Defendants In
The Southern District of New York

| Abbreviated Case Names | Docket Number | Date Filed |
|---|---|---|
| Colvin v. Massachusetts Financial Services, et al. | 03-cv-10191 | 12/23/03 |
| Wasserman v. Sun Life Financial, Inc., et al. | 04-cv-247 | 1/13/04 |