UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------x

BRUCE RIGGS, Individually and on Behalf of All
Others Similarly Situated,

            Plaintiff,

        - against -

MASSACHUSETTS FINANCIAL SERVICES
COMPANY, et al.,

           Defendant.
-----------------------------------------------------------x
THIS DOCUMENT RELATES TO CASE NOS.:
1:03-CV-12545, 1:03-CV-12514, 1:03-CV-12536,
1:03-CV-12622, and 1:03-CV-12570.
-----------------------------------------------------------x

2004 FEB -9 P 5: 42

1:03-CV-12500 (William G. Young)

## JOHN WEBER, INDIVIDUALLY AND ON BEHALF OF THE FUJI MEDICAL SYSTEMS, USA, INC. PROFIT SHARING PLAN & TRUST MOTION BY FOR APPOINTMENT OF LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF CLASS COUNSEL

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 42(a), Section 27(a)(3) of the Securities Act of 1933 (the "Securities Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78U-4(a)(3)(B), and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the PSLRA, Movant John Weber, individually and on behalf of the Fuji Medical Systems, USA, Inc. Profit Sharing Plan & Trust ("Movant"), will move this Court, located at the 1 Courthouse Way, Suite 2300, Boston, Massachusetts 02210, at a date and time to be determined by the Court, for an order: (a) consolidating the above-referenced securities class actions filed with this Court and any subsequently filed related

Doc#1140124

actions; (b) appointing Movant as Lead Plaintiff in this action and in any consolidated related actions; and (c) approving Movant's selection of Straus & Boies, LLP and Napoli, Kaiser & Bern LLP as Lead Counsel.

In support of this motion, Movant respectfully submits: (1) a Memorandum of Law in Support of the Motion by John Weber, individually and on behalf of the Fuji Medical Systems, USA, Inc. Profit Sharing Plan & Trust, for Appointment of Lead Plaintiff and for Approval of Selection of Class Counsel (the "Motion"); and (2) the Declaration of Kenneth G. Walsh, Esq. in Support of the Motion.

Dated: February 9, 2004
    New York, New York

                              Respectfully submitted,

                              **STRAUS & BOIES, LLP**

                              By: /s/ Kenneth G. Walsh
                              David Boies III
                              Kenneth G. Walsh
                              Straus & Boies, LLP
                              Two Depot Plaza, Suite 203
                              Bedford Hills, NY 10507
                              (914) 244-3200

                              Paul Napoli
                              Napoli, Kaiser & Bern, LLP
                              115 Broadway
                              New York, NY 10006
                              (212) 267-3700

                              *Attorneys for Movant and*
                              *Proposed Co-Lead Counsel for the Class*