UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

BRUCE RIGGS, Individually and on Behalf of All
Others Similarly Situated,

                Plaintiff,

      - against -

MASSACHUSETTS FINANCIAL SERVICES
COMPANY, et al.,

                Defendant.

------------------------------------------------------------x

THIS DOCUMENT RELATES TO CASE NOS.:
1:03-CV-12545, 1:03-CV-12514, 1:03-CV-12536,
1:03-CV-12622, and 1:03-CV-12570214.

------------------------------------------------------------x

2004 FEB -9  P 5: 42

1:03-CV-12500 (William G. Young)

## DECLARATION OF KENNETH G. WALSH IN SUPPORT OF THE MOTION BY JOHN WEBER, INDIVIDUALLY AND ON BEHALF OF THE FUJI MEDICAL SYSTEMS, USA, INC. PROFIT SHARING PLAN & TRUST, FOR APPOINTMENT OF LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF CLASS COUNSEL

I, Kenneth G. Walsh, declare under penalty of perjury as follows:

1.    I am an attorney duly admitted to the Bar of the State of New York. I am also admitted to practice before the United States District Court for the Southern District of New York. I am an associate of the law firm of Straus & Boies, LLP, one of the counsel for Movant John Weber, individually and on behalf of the Fuji Medical Systems, USA, Inc. Profit Sharing Plan & Trust ("Movant"), in the above-referenced actions pending before this Court.

2.    I submit this Declaration in support of Movant's motion for an order pursuant to Fed. R. Civ. P. 42(a), Section 27(a)(3) of the Securities Act of 1933 (the "Securities Act"), as

Doc#: 140129    Ver#:           :        1

amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78U-4(a)(3)(B), and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the PSLRA: (a) consolidating the above-referenced securities class actions and any subsequently filed related actions; (b) appointing Movant as Lead Plaintiff in this action and in any consolidated related actions; and (c) approving Movant's selection of Straus & Boies, LLP and Napoli, Kaiser & Bern LLP as Lead Counsel.

3. Attached hereto as Exhibit 1 is a true and correct copy of the certification form signed by Movant.

4. Attached hereto as Exhibit 2 is a copy of the notice of pendency distributed through *PR Newswire* on December 11, 2003, informing investors of a securities class action filed on behalf of certain investors against Massachusetts Financial Services Company.

5. Attached hereto as Exhibit 3 is a true and correct copy of the firm resume of Straus & Boies, LLP.

6. Attached hereto as Exhibit 4 is a copy of the firm resume of Napoli, Kaiser & Bern LLP.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct, this 9th day of February 2004.

_____
Kenneth G. Walsh

Doc#: 140129    Ver#:    :                    2