UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------------x

BRUCE RIGGS, Individually and on Behalf of All
Others Similarly Situated,

          Plaintiff,

          - against -

MASSACHUSETTS FINANCIAL SERVICES
COMPANY, et al.,

          Defendant.
------------------------------------------------------------x
THIS DOCUMENT RELATES TO CASE NOS.:
1:03-CV-12545, 1:03-CV-12514, 1:03-CV-12536,
1:03-CV-12622, and 1:03-CV-12570214.
------------------------------------------------------------x

2004 FEB -9  P 5: 42

1:03-CV-12500 (William G. Young)

## CERTIFICATE OF SERVICE

    I, Mark Marino, certify that I caused copies of the following documents to be served via U.S. Mail, first class postage prepaid, to all the persons on the attached list:

(i)    Motion by Plaintiff John Weber, individually and on behalf of the Fuji Medical Systems, USA, Inc. Profit Sharing Plan & Trust, for Appointment of Lead Plaintiff and for Approval of Class Counsel (the "Motion");

(ii)    Memorandum of Law in Support of the Motion;

(iii)    Declaration of Kenneth G. Walsh, Esq. in Support of the Motion; and

(iv)    [Proposed] Order Appointing John Weber, individually and on behalf of the Fuji Medical Systems, USA, Inc. Profit Sharing Plan & Trust, and Lead Plaintiff and Approving Lead Plaintiff's Choice of Counsel.

Dated: New York, New York
       February 9, 2004

                                        Mark Marino, Esq.

Doc#140126