UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------------x

BRUCE RIGGS, Individually and on Behalf of All
Others Similarly Situated,

        Plaintiff,

        - against -

MASSACHUSETTS FINANCIAL SERVICES
COMPANY, et al.,

        Defendant.
------------------------------------------------------------x
THIS DOCUMENT RELATES TO CASE NOS.:
1:03-CV-12545, 1:03-CV-12514, 1:03-CV-12536,
1:03-CV-12622, and 1:03-CV-12570.
------------------------------------------------------------x

2004 FEB -9  P 5: 40

1:03-CV-12500 (William G. Young)

## MOTION BY THE DEFERRED COMPENSATION PLAN FOR EMPLOYEES OF NASSAU COUNTY FOR APPOINTMENT OF LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF CLASS COUNSEL

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 42(a), Section 27(a)(3) of the Securities Act of 1933 (the "Securities Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78U-4(a)(3)(B), and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the PSLRA, Movant, the Deferred Compensation Plan for Employees of Nassau County ("Movant"), will move this Court, located at 1 Courthouse Way, Suite 2300, Boston, Massachusetts 02210, at a date and time to be determined by the Court, for an order: (a) consolidating the above-referenced securities class actions filed with this Court and any subsequently filed related actions; (b) appointing Movant as Lead Plaintiff in this action

Doc#: 140134

and in any consolidated related actions; and (c) approving Movant's selection of Wolf Popper LLP as Lead Counsel.

In support of this motion, Movant respectfully submits: (1) a Memorandum of Law in Support of the Motion by the Deferred Compensation Plan for Employees of Nassau County for Appointment of Lead Plaintiff and for Approval of Selection of Class Counsel (the "Motion"); and (2) the Declaration of Chet B. Waldman, Esq. in Support of the Motion.

Dated: February 9, 2004
   New York, New York

                                                    Respectfully submitted,

                                                    **WOLF POPPER LLP**

                                                    By: *Chet B. Waldman*
                                                    Marian P. Rosner
                                                    Chet B. Waldman
                                                    Andrew E. Lencyk
                                                    845 Third Avenue
                                                    New York, NY 10022
                                                    (212) 759-4600

                                                    *Attorneys for Movant and*
                                                    *Lead Counsel for the Class*