UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------------x
                                                            :
BRUCE RIGGS, Individually and on Behalf of All              :
Others Similarly Situated,                                  :
                                                            :
            Plaintiff,                                      :   1:03-CV-12500 (William G. Young)
                                                            :
        - against -                                         :
                                                            :
MASSACHUSETTS FINANCIAL SERVICES                            :
COMPANY, et al.,                                            :
                                                            :
            Defendant.                                      :
------------------------------------------------------------x
THIS DOCUMENT RELATES TO CASE NOS.:                         :
1:03-CV-12545, 1:03-CV-12514, 1:03-CV-12536,                :
1:03-CV-12622, and 1:03-CV-12570214.                        :
------------------------------------------------------------x

## DECLARATION OF CHET B. WALDMAN IN SUPPORT OF THE MOTION BY THE DEFERRED COMPENSATION PLAN FOR EMPLOYEES OF NASSAU COUNTY FOR APPOINTMENT OF LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF CLASS COUNSEL

I, Chet B. Waldman, declare under penalty of perjury as follows:

1.      I am an attorney duly admitted to the Bar of the State of New York. I am also admitted to practice before various United States District Courts including those in the Southern and Eastern Districts of New York. I am a member of the law firm of Wolf Popper LLP, counsel for Movant, the Deferred Compensation Plan for Employees of Nassau County ("Movant"), in the above-referenced actions pending before this Court.

2.      I submit this Declaration in support of Movant's motion for an order pursuant to Fed. R. Civ. P. 42(a), Section 27(a)(3) of the Securities Act of 1933 (the "Securities Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C.

§78U-4(a)(3)(B), and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the PSLRA: (a) consolidating the above-referenced securities class actions and any subsequently filed related actions; (b) appointing Movant as Lead Plaintiff in this action and in any consolidated related actions; and (c) approving Movant's selection of Wolf Popper LLP as Lead Counsel.

3. Attached hereto as Exhibit 1 is a true and correct copy of the certification form signed by Movant.

4. Attached hereto as Exhibit 2 is a copy of the notice of pendency distributed through *PR Newswire* on December 11, 2003, informing investors of a securities class action filed on behalf of certain investors against the Massachusetts Financial Services Family of Mutual Funds.

5. Attached hereto as Exhibit 3 is a true and correct copy of the firm resume of Wolf Popper LLP.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct, this 7th day of February, 2004.

_____
Chet B. Waldman

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------------x
                                                                 :
BRUCE RIGGS, Individually and on Behalf of All                   :
Others Similarly Situated,                                       :
                                                                 :        2004 FEB -9 P 5:41
                    Plaintiff,                                   :
                                                                 :        1:03-CV-12500 (William G. Young)
        - against -                                              :
                                                                 :
MASSACHUSETTS FINANCIAL SERVICES                                 :
COMPANY, et al.,                                                 :
                                                                 :
                    Defendant.                                   :
-----------------------------------------------------------------x
THIS DOCUMENT RELATES TO CASE NOS.:                              :
1:03-CV-12545, 1:03-CV-12514, 1:03-CV-12536,                     :
1:03-CV-12622, and 1:03-CV-12570214.                             :
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Mark Marino, certify that I caused copies of the following documents to be served via U.S. Mail, first class postage prepaid, to all the persons on the attached list:

(i) Motion by Plaintiff, the Deferred Compensation Plan for Employees of Nassau County, for Appointment of Lead Plaintiff and for Approval of Class Counsel (the "Motion");

(ii) Memorandum of Law in Support of the Motion;

(iii) Declaration of Chet B. Waldman, Esq. in Support of the Motion; and

(iv) [Proposed] Order Appointing Deferred Compensation Plan for Employees of Nassau County, and Lead Plaintiff and Approving Lead Plaintiff's Choice of Counsel.

Dated: New York, New York
       February 9, 2004

                                                    _____
                                                    Mark Marino, Esq.

Doc#140131