# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS (Boston)

| | |
|---|---|
| BRUCE RIGGS, Individually and On Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>  vs.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY, MFS INVESTMENT MANAGEMENT, SUN LIFE FINANCIAL, INC., MFS SERIES TRUST I, MFS SERIES TRUST II, MFS SERIES TRUST III, MFS SERIES TRUST IV, MFS SERIES TRUST V, MFS SERIES TRUST VI, MFS SERIES TRUST VII, MFS SERIES TRUST VIII, MFS SERIES TRUST IX, MFS SERIES TRUST X, MFS SERIES XI, MFS CAPITAL OPPORTUNITIES FUND, MFS CORE GROWTH FUND, MFS EMERGING GROWTH FUND, MFS LARGE CAP GROWTH FUND, MFS MANAGED SECTORS FUND, MFS MID CAP GROWTH FUND, MFS NEW DISCOVERY FUND, MFS NEW ENDEAVOR FUND, MFS RESEARCH FUND, MFS STRATEGIC GROWTH FUND, MFS TECHNOLOGY FUND, MASSACHUSETTS INVESTORS GROWTH STOCK, MFS MID CAP VALUE FUND, MFS RESEARCH GROWTH AND INCOME FUND, MFS TOTAL RETURN FUND, MFS UNION STANDARD EQUITY FUND, MFS UTILITIES FUND, MFS<br><br>**[Caption continued on next page]** | Civil Action No. 03-CV-12500<br>Judge Nancy Gertner<br><br><br>**SECURITIES CLASS ACTION** |

(See additional captions on subsequent pages)

## STIPULATION AND [PROPOSED] ORDER

VALUE FUND, MASSACHUSETTS
INVESTORS TRUST, MFS AGGRESSIVE
GROWTH ALLOCATION FUND, MFS
CONSERVATIVE ALLOCATION FUND, MFS
MODERATE ALLOCATION FUND, MFS
BOND FUND, MFS EMERGING MARKETS
DEBT FUND, MFS GOVERNMENT LIMITED
MATURITY FUND, MFS GOVERNMENT
MORTGAGE FUND, MFS GOVERNMENT
SECURITIES FUND, MFS HIGH INCOME
FUND, MFS HIGH YIELD OPPORTUNITIES
FUND, MFS INTERMEDIATE INVESTMENT
GRADE BOND FUND, MFS LIMITED
MATURITY FUND, MFS RESEARCH BOND
FUND, MFS STRATEGIC INCOME FUND,
MFS ALABAMA MUNICIPAL BOND FUND,
MFS ARKANSAS MUNICIPAL BOND FUND,
MFS CALIFORNIA MUNICIPAL BOND FUND,
MFS FLORIDA MUNICIPAL BOND FUND,
MFS GEORGIA MUNICIPAL BOND FUND,
MFS MARYLAND MUNICIPAL BOND FUND,
MFS MASSACHUSETTS MUNICIPAL BOND
FUND, MFS MUNICIPAL BOND FUND, MFS
MUNICIPAL LIMITED MATURITY FUND,
MFS NEW YORK MUNICIPAL BOND FUND,
MFS NORTH CAROLINA MUNICIPAL BOND
FUND, MFS PENNSYLVANIA MUNICIPAL
BOND FUND, MFS SOUTH CAROLINA
MUNICIPAL BOND FUND, MFS TENNESSEE
MUNICIPAL BOND FUND, MFS VIRGINIA
MUNICIPAL BOND FUND, MFS WEST
VIRGINIA MUNICIPAL BOND FUND, MFS
EMERGING MARKETS EQUITY FUND, MFS
GLOBAL EQUITY FUND, MFS GLOBAL
GROWTH FUND, MFS GLOBAL TOTAL
RETURN FUND, MFS INTERNATIONAL
GROWTH FUND, MFS INTERNATIONAL
NEW DISCOVERY FUND, MFS
INTERNATIONAL VALUE FUND, MFS
RESEARCH INTERNATIONAL FUND, and
DOES 1–100,

                     Defendants.

OLIVER S. TRONE, Individually and On Behalf
of All Others Similarly Situated,

Plaintiff,

vs.

MFS CAPITAL OPPORTUNITIES FUND, MFS
CORE GROWTH FUND, MFS EMERGING
GROWTH FUND, MFS GROWTH
OPPORTUNITIES FUND, MFS LARGE CAP
GROWTH FUND, MFS MANAGED SECTORS
FUND, MFS MID CAP GROWTH FUND, MFS
NEW DISCOVERY FUND, MFS NEW
ENDEAVOR FUND, MFS RESEARCH FUND,
MFS STRATEGIC GROWTH FUND, MFS
TECHNOLOGY FUND, MASSACHUSETTS
INVESTORS GROWTH STOCK, MFS MID
CAP VALUE FUND, MFS RESEARCH
GROWTH AND INCOME FUND, MFS
STRATEGIC VALUE FUND, MFS TOTAL
RETURN FUND, MFS UNION STANDARD
EQUITY FUND, MFS UTILITIES FUND, MFS
VALUE FUND, MASSACHUSETTS
INVESTORS TRUST, MFS AGGRESSIVE
GROWTH ALLOCATION FUND, MFS
CONSERVATIVE ALLOCATION FUND, MFS
GROWTH ALLOCATION FUND, MFS
MODERATE ALLOCATION FUND, MFS
BOND FUND, MFS EMERGING MARKETS
DEBT FUND, MFS GOVERNMENT LIMITED
MATURITY FUND, MFS GOVERNMENT
MORTGAGE FUND, MFS GOVERNMENT
SECURITIES FUND, MFS HIGH INCOME
FUND, MFS HIGH YIELD OPPORTUNITIES
FUND, MFS INTERMEDIATE INVESTMENT
GRADE BOND FUND, MFS LIMITED
MATURITY FUND, MFS RESEARCH BOND
FUND, MFS STRATEGIC INCOME FUND,
MFS ALABAMA MUNICIPAL BOND FUND,
MFS ARKANSAS MUNICIPAL BOND FUND,

**[Caption continued on next page]**

Civil Action No. 03-CV-12514
Judge Nancy Gertner

**SECURITIES CLASS ACTION**

MFS CALIFORNIA MUNICIPAL BOND FUND,
MFS FLORIDA MUNICIPAL BOND FUND,
MFS GEORGIA MUNICIPAL BOND FUND,
MFS MARYLAND MUNICIPAL BOND FUND,
MFS MASSACHUSETTS MUNICIPAL BOND
FUND, MFS MISSISSIPPI MUNICIPAL BOND
FUND, MFS MUNICIPAL BOND FUND, MFS
MUNICIPAL LIMITED MATURITY FUND,
MFS NEW YORK MUNICIPAL BOND FUND,
MFS NORTH CAROLINA MUNICIPAL BOND
FUND, MFS PENNSYLVANIA MUNICIPAL
BOND FUND, MFS SOUTH CAROLINA
MUNICIPAL BOND FUND, MFS TENNESSEE
MUNICIPAL BOND FUND, MFS VIRGINIA
MUNICIPAL BOND FUND, MFS WEST
VIRGINIA MUNICIPAL BOND FUND, MFS
EMERGING MARKETS EQUITY FUND, MFS
GLOBAL EQUITY FUND, MFS GLOBAL
GROWTH FUND, MFS GLOBAL TOTAL
RETURN FUND, MFS INTERNATIONAL
GROWTH FUND, MFS INTERNATIONAL
NEW DISCOVERY FUND, MFS
INTERNATIONAL VALUE FUND, MFS
RESEARCH INTERNATIONAL FUND, MFS
CASH RESERVE FUND, MFS GOVERNMENT
MONEY MARKET FUND, MFS MONEY
MARKET FUND (collectively known as "MFS
FUNDS"); MFS MUNICIPAL SERIES TRUST,
MFS SERIES TRUST I, MFS SERIES TRUST II,
MFS SERIES TRUST III, MFS SERIES TRUST
IV, MFS SERIES TRUST V, MFS SERIES
TRUST VI, MFS SERIES TRUST VII, MFS
SERIES TRUST VIII, MFS SERIES TRUST IX,
MFS SERIES TRUST X, AND MFS SERIES
TRUST XI (collectively known as the "MFS
FUNDS REGISTRANTS"); SUN LIFE
FINANCIAL INC.; MASSACHUSETTS
FINANCIAL SERVICES COMPANY (d/b/a
"MFS INVESTMENT MANAGEMENT"), and
JOHN DOES 1–100,

Defendants.

DAVID SHAEV, Individually and On Behalf of
All Others Similarly Situated,

                Plaintiff,

     vs.

MASSACHUSETTS FINANCIAL SERVICES
CO.,

                Defendants.

Civil Action No. 03-CV-12520
Judge Nancy Gertner

**SECURITIES CLASS ACTION**

DANIELLE ADAMS and DEAN
DELLAVENTURA, Individually and On Behalf
of All Others Similarly Situated,

                Plaintiffs,

     vs.

MFS CAPITAL OPPORTUNITIES FUND, MFS
CORE GROWTH FUND, MFS EMERGING
GROWTH FUND, MFS GROWTH
OPPORTUNITIES FUND, MFS LARGE CAP
GROWTH FUND, MFS MANAGED SECTORS
FUND, MFS MID CAP GROWTH FUND, MFS
NEW DISCOVERY FUND, MFS NEW
ENDEAVOR FUND, MFS RESEARCH FUND,
MFS STRATEGIC GROWTH FUND, MFS
TECHNOLOGY FUND, MASSACHUSETTS
INVESTORS GROWTH STOCK, MFS MID
CAP VALUE FUND, MFS RESEARCH
GROWTH AND INCOME FUND, MFS
STRATEGIC VALUE FUND, MFS TOTAL
RETURN FUND, MFS UNION STANDARD
EQUITY FUND, MFS UTILITIES FUND, MFS
VALUE FUND, MASSACHUSETTS
INVESTORS TRUST, MFS AGGRESSIVE
GROWTH ALLOCATION FUND, MFS
CONSERVATIVE ALLOCATION FUND, MFS
GROWTH ALLOCATION FUND, MFS
MODERATE ALLOCATION FUND, MFS

Civil Action No. 03-CV-12536
Judge Nancy Gertner

**SECURITIES CLASS ACTION**

**[Caption continued on next page]**

BOND FUND, MFS EMERGING MARKETS
DEBT FUND, MFS GOVERNMENT LIMITED
MATURITY FUND, MFS GOVERNMENT
MORTGAGE FUND, MFS GOVERNMENT
SECURITIES FUND, MFS HIGH INCOME
FUND, MFS HIGH YIELD OPPORTUNITIES
FUND, MFS INTERMEDIATE INVESTMENT
GRADE BOND FUND, MFS LIMITED
MATURITY FUND, MFS RESEARCH BOND
FUND, MFS STRATEGIC INCOME FUND,
MFS ALABAMA MUNICIPAL BOND FUND,
MFS ARKANSAS MUNICIPAL BOND FUND,
MFS CALIFORNIA MUNICIPAL BOND FUND,
MFS FLORIDA MUNICIPAL BOND FUND,
MFS GEORGIA MUNICIPAL BOND FUND,
MFS MARYLAND MUNICIPAL BOND FUND,
MFS MASSACHUSETTS MUNICIPAL BOND
FUND, MFS MISSISSIPPI MUNICIPAL BOND
FUND, MFS MUNICIPAL BOND FUND, MFS
MUNICIPAL LIMITED MATURITY FUND,
MFS NEW YORK MUNICIPAL BOND FUND,
MFS NORTH CAROLINA MUNICIPAL BOND
FUND, MFS PENNSYLVANIA MUNICIPAL
BOND FUND, MFS SOUTH CAROLINA
MUNICIPAL BOND FUND, MFS TENNESSEE
MUNICIPAL BOND FUND, MFS VIRGINIA
MUNICIPAL BOND FUND, MFS WEST
VIRGINIA MUNICIPAL BOND FUND, MFS
EMERGING MARKETS EQUITY FUND, MFS
GLOBAL EQUITY, MFS GLOBAL GROWTH
FUND, MFS GLOBAL TOTAL RETURN FUND,
MFS INTERNATIONAL GROWTH FUND, MFS
INTERNATIONAL NEW DISCOVERY FUND,
MFS INTERNATIONAL VALUE FUND, MFS
RESEARCH INTERNATIONAL FUND, MFS
CASH RESERVE FUND, MFS GOVERNMENT
MONEY MARKET FUND, MFS MONEY
MARKET FUND, MFS FIXED FUND
(collectively known as "MFS FUNDS"); MFS
MUNICIPAL SERIES TRUST, MFS SERIES
TRUST I, MFS SERIES TRUST II, MFS SERIES
TRUST III, MFS SERIES TRUST IV, MFS
SERIES TRUST V, MFS SERIES TRUST VI,

[Caption continued on next page]

MFS SERIES TRUST VII, MFS SERIES TRUST
VIII, MFS SERIES TRUST IX, MFS SERIES
TRUST X, AND MFS SERIES TRUST XI
(collectively known as the "MFS FUNDS
REGISTRANTS"); SUN LIFE FINANCIAL
INC.; MASSACHUSETTS FINANCIAL
SERVICES COMPANY (d/b/a "MFS
INVESTMENT MANAGEMENT"), and JOHN
DOES 1–100,

                    Defendants.

STEVEN GREENBERG, ROBERT K. WILLMS
and BURRELL, Individually and On Behalf of All
Others Similarly Situated,

                    Plaintiff,

        vs.

MFS FINANCIAL SERVICES COMPANY, MFS
SERIES TRUST II, MFS SERIES TRUST I, MFS
SERIES TRUST III, MFS SERIES TRUST IV,
MFS SERIES TRUST V, MFS SERIES TRUST
VI, MFS SERIES TRUST VII, MFS SERIES
TRUST VIII, MFS SERIES TRUST VIII, MFS
SERIES TRUST IX, MFS SERIES TRUST X,
and MFS SERIES TRUST XI,

                    Defendants.

Civil Action No.  03-CV-12545
Judge Nancy Gertner

**SECURITIES CLASS ACTION**

JACOB ELEPHANT, Individually and On Behalf
of All Others Similarly Situated,

                    Plaintiff,

      vs.

MASSACHUSETTS FINANCIAL SERVICES
COMPANY, MFS INVESTMENT
MANAGEMENT, SUN LIFE FINANCIAL, INC.,
MFS SERIES TRUST I, MFS SERIES TRUST II,
MFS SERIES TRUST III, MFS SERIES TRUST
IV, MFS SERIES TRUST V, MFS SERIES
TRUST VI, MFS SERIES TRUST VII, MFS
SERIES TRUST VIII, MFS SERIES TRUST IX,
MFS SERIES TRUST X, MFS SERIES TRUST
XI, MFS CAPITAL OPPORTUNITIES FUND,
MFS CORE GROWTH FUND, MFS
EMERGING GROWTH FUND, MFS LARGE
CAP GROWTH FUND, MFS MANAGED
SECTORS FUND, MFS MID CAP GROWTH
FUND, MFS NEW DISCOVERY FUND, MFS
NEW ENDEAVOR FUND, MFS RESEARCH
FUND, MFS STRATEGIC GROWTH FUND,
MFS TECHNOLOGY FUND,
MASSACHUSETTS INVESTORS GROWTH
STOCK, MFS MID CAP VALUE FUND, MFS
RESEARCH GROWTH AND INCOME FUND,
MFS TOTAL RETURN FUND, MFS UNION
STANDARD EQUITY FUND, MFS UTILITIES
FUND, MFS VALUE FUND,
MASSACHUSETTS INVESTORS TRUST, MFS
AGGRESSIVE GROWTH ALLOCATION
FUND, MFS CONSERVATIVE ALLOCATION
FUND, MFS MODERATE ALLOCATION
FUND, MFS BOND FUND, MFS EMERGING
MARKETS DEBT FUND, MFS GOVERNMENT
LIMITED MATURITY FUND, MFS
GOVERNMENT MORTGAGE FUND, MFS
GOVERNMENT SECURITIES FUND, MFS
HIGH INCOME FUND, MFS HIGH YIELD
OPPORTUNITIES FUND, MFS

**[Caption continued on next page]**

Civil Action No.  03-CV-12570
Judge William G. Young

**SECURITIES CLASS ACTION**

INTERMEDIATE INVESTMENT GRADE
BOND FUND, MFS LIMITED MATURITY
FUND, MFS RESEARCH BOND FUND, MFS
STRATEGIC INCOME FUND, MFS ALABAMA
MUNICIPAL BOND FUND, MFS ARKANSAS
MUNICIPAL BOND FUND, MFS CALIFORNIA
MUNICIPAL BOND FUND, MFS FLORIDA
MUNICIPAL BOND FUND, MFS GEORGIA
MUNICIPAL BOND FUND, MFS MARYLAND
MUNICIPAL BOND FUND, MFS
MASSACHUSETTS MUNICIPAL BOND
FUND, MFS MISSISSIPPI MUNICIPAL BOND
FUND, MFS MUNICIPAL BOND FUND, MFS
MUNICIPAL LIMITED MATURITY FUND,
MFS NEW YORK MUNICIPAL BOND FUND,
MFS NORTH CAROLINA MUNICIPAL BOND
FUND, MFS PENNSYLVANIA MUNICIPAL
BOND FUND, MFS SOUTH CAROLINA
MUNICIPAL BOND FUND, MFS TENNESSEE
MUNICIPAL BOND FUND, MFS VIRGINIA
MUNICIPAL BOND FUND, MFS WEST
VIRGINIA MUNICIPAL BOND FUND, MFS
EMERGING MARKETS EQUITY FUND, MFS
GLOBAL EQUITY FUND, MFS GLOBAL
GROWTH FUND, MFS GLOBAL TOTAL
RETURN FUND, MFS INTERNATIONAL
GROWTH FUND, MFS INTERNATIONAL
NEW DISCOVERY FUND, MFS
INTERNATIONAL VALUE FUND, MFS
RESEARCH INTERNATIONAL FUND (the
"MFS Funds"), and DOES 1–100,

Defendants.

YAKOV BURSTEIN, IRA, Individually and On
Behalf of All Others Similarly Situated,

                Plaintiff,

      vs.

MFS GLOBAL TELECOMMUNICATIONS
FUND, MFS CAPITAL OPPORTUNITIES
FUND, MFS CORE GROWTH FUND, MFS
EMERGING GROWTH FUND, MFS GROWTH
OPPORTUNITIES FUND, MFS LARGE CAP
GROWTH FUND, MFS MANAGED SECTORS
FUND, MFS MID CAP GROWTH FUND, MFS
NEW DISCOVERY FUND, MFS NEW
ENDEAVOR FUND, MFS RESEARCH FUND,
MFS STRATEGIC GROWTH FUND, MFS
TECHNOLOGY FUND, MASSACHUSETTS
INVESTORS GROWTH STOCK, MFS MID
CAP VALUE FUND, MFS RESEARCH
GROWTH AND INCOME FUND, MFS
STRATEGIC VALUE FUND, MFS TOTAL
RETURN FUND, MFS UNION STANDARD
EQUITY FUND, MFS UTILITIES FUND, MFS
VALUE FUND, MASSACHUSETTS
INVESTORS TRUST, MFS AGGRESSIVE
GROWTH ALLOCATION FUND, MFS
CONSERVATIVE ALLOCATION FUND, MFS
GROWTH ALLOCATION FUND, MFS
MODERATE ALLOCATION FUND, MFS
BOND FUND, MFS EMERGING MARKETS
DEBT FUND, MFS GOVERNMENT LIMITED
MATURITY FUND, MFS GOVERNMENT
MORTGAGE FUND, MFS GOVERNMENT
SECURITIES FUND, MFS HIGH INCOME
FUND, MFS HIGH YIELD OPPORTUNITIES
FUND, MFS INTERMEDIATE INVESTMENT
GRADE BOND FUND, MFS LIMITED
MATURITY FUND, MFS RESEARCH BOND
FUND, MFS STRATEGIC INCOME FUND,
MFS ALABAMA MUNICIPAL BOND FUND,
MFS ARKANSAS MUNICIPAL BOND FUND,

**[Caption continued on next page]**

Civil Action No. 03-CV-12622
Judge Nancy Gertner

**SECURITIES CLASS ACTION**

MFS CALIFORNIA MUNICIPAL BOND FUND, MFS FLORIDA MUNICIPAL BOND FUND, MFS GEORGIA MUNICIPAL BOND FUND, MFS MARYLAND MUNICIPAL BOND FUND, MFS MASSACHUSETTS MUNICIPAL BOND FUND, MFS MISSISSIPPI MUNICIPAL BOND FUND, MFS MUNICIPAL BOND FUND, MFS MUNICIPAL LIMITED MATURITY FUND, MFS NEW YORK MUNICIPAL BOND FUND, MFS NORTH CAROLINA MUNICIPAL BOND FUND, MFS PENNSYLVANIA MUNICIPAL BOND FUND, MFS SOUTH CAROLINA MUNICIPAL BOND FUND, MFS TENNESSEE MUNICIPAL BOND FUND, MFS VIRGINIA MUNICIPAL BOND FUND, MFS WEST VIRGINIA MUNICIPAL BOND FUND, MFS EMERGING MARKETS EQUITY FUND, MFS GLOBAL EQUITY FUND, MFS GLOBAL GROWTH FUND, MFS GLOBAL TOTAL RETURN FUND, MFS INTERNATIONAL GROWTH FUND, MFS INTERNATIONAL NEW DISCOVERY FUND, MFS INTERNATIONAL VALUE FUND, MFS RESEARCH INTERNATIONAL FUND, MFS CASH RESERVE FUND, MFS GOVERNMENT MONEY MARKET FUND, MFS MONEY MARKET FUND (collectively known as "MFS FUNDS"); MFS MUNICIPAL SERIES TRUST, MFS SERIES TRUST I, MFS SERIES TRUST II, MFS SERIES TRUST III, MFS SERIES TRUST IV, MFS SERIES TRUST V, MFS SERIES TRUST VI, MFS SERIES TRUST VII, MFS SERIES TRUST VIII, MFS SERIES TRUST IX, MFS SERIES TRUST X, AND MFS SERIES TRUST XI (collectively knows as the "MFS FUNDS REGISTRANTS"); SUN LIFE FINANCIAL INC.; MASSACHUSETTS FINANCIAL SERVICES COMPANY (d/b/a/ "MFS INVESTMENT MANAGEMENT"), and JOHN DOES 1–100,

Defendants.

ALBERT FELDMAN, Individually and On Behalf
of All Others Similarly Situated,

               Plaintiff,

     vs.

MASSACHUSETTS FINANCIAL SERVICES
COMPANY, MFS INVESTMENT
MANAGEMENT, SUN LIFE FINANCIAL, INC.,
MFS SERIES TRUST I, MFS SERIES TRUST II,
MFS SERIES TRUST III, MFS SERIES TRUST
IV, MFS SERIES TRUST V, MFS SERIES
TRUST VI, MFS SERIES TRUST VII, MFS
SERIES TRUST VIII, MFS SERIES TRUST IX,
MFS SERIES TRUST X, MFS SERIES TRUST
XI, MFS CAPITAL OPPORTUNITIES FUND,
MFS CORE GROWTH FUND, MFS
EMERGING GROWTH FUND, MFS LARGE
CAP GROWTH FUND, MFS MANAGED
SECTORS FUND, MFS MID CAP GROWTH
FUND, MFS NEW DISCOVERY FUND, MFS
NEW ENDEAVOR FUND, MFS RESEARCH
FUND, MFS STRATEGIC GROWTH FUND,
MFS TECHNOLOGY FUND,
MASSACHUSETTS INVESTORS GROWTH
STOCK, MFS MID CAP VALUE FUND, MFS
RESEARCH GROWTH AND INCOME FUND,
MFS TOTAL RETURN FUND, MFS UNION
STANDARD EQUITY FUND, MFS UTILITIES
FUND, MFS VALUE FUND,
MASSACHUSETTS INVESTORS TRUST, MFS
AGGRESSIVE GROWTH ALLOCATION
FUND, MFS CONSERVATIVE ALLOCATION
FUND, MFS MODERATE ALLOCATION
FUND, MFS BOND FUND, MFS EMERGING
MARKETS DEBT FUND, MFS GOVERNMENT
LIMITED MATURITY FUND, MFS
GOVERNMENT MORTGAGE FUND, MFS
GOVERNMENT SECURITIES FUND, MFS
HIGH INCOME FUND, MFS HIGH YIELD
OPPORTUNITIES FUND, MFS

**[Caption continued on next page]**

Civil Action No.  04-CV-10009
Judge Richard G. Stearns

**SECURITIES CLASS ACTION**

INTERMEDIATE INVESTMENT GRADE
BOND FUND, MFS LIMITED MATURITY
FUND, MFS RESEARCH BOND FUND, MFS
STRATEGIC INCOME FUND, MFS ALABAMA
MUNICIPAL BOND FUND, MFS ARKANSAS
MUNICIPAL BOND FUND, MFS CALIFORNIA
MUNICIPAL BOND FUND, MFS FLORIDA
MUNICIPAL BOND FUND, MFS GEORGIA
MUNICIPAL BOND FUND, MFS MARYLAND
MUNICIPAL BOND FUND, MFS
MASSACHUSETTS MUNICIPAL BOND
FUND, MFS MISSISSIPPI MUNICIPAL BOND
FUND, MFS MUNICIPAL BOND FUND, MFS
MUNICIPAL LIMITED MATURITY FUND,
MFS NEW YORK MUNICIPAL BOND FUND,
MFS NORTH CAROLINA MUNICIPAL BOND,
FUND, MFS PENNSYLVANIA MUNICIPAL
BOND FUND, MFS SOUTH CAROLINA
MUNICIPAL BOND FUND, MFS TENNESSEE
MUNICIPAL BOND FUND, MFS VIRGINIA
MUNICIPAL BOND FUND, MFS WEST
VIRGINIA MUNICIPAL BOND FUND, MFS
EMERGING MARKETS EQUITY FUND, MFS
GLOBAL EQUITY FUND, MFS GLOBAL
GROWTH FUND, MFS GLOBAL TOTAL
RETURN FUND, MFS INTERNATIONAL
GROWTH FUND, MFS INTERNATIONAL
NEW DISCOVERY FUND, MFS
INTERNATIONAL VALUE FUND, MFS
RESEARCH INTERNATIONAL FUND,
(collectively the "MFS Funds"), and JOHN DOES
CORPORATIONS 1–100,

                    Defendants.

---

ED CASEY,

                    Plaintiff,

        vs.

MASSACHUSETTS FINANCIAL SERVICES
CO.,

                    Defendant.

Civil Action No.  04-CV-10010
Judge Nancy Gertner

**SECURITIES CLASS ACTION**

HUGH F. BOYD, III, and SANDRA S. BOYD, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

vs.

MASSACHUSETTS FINANCIAL SERVICES COMPANY, MFS INVESTMENT MANAGEMENT, SUN LIFE FINANCIAL, INC., MFS SERIES TRUST I, MFS SERIES TRUST II, MFS SERIES TRUST III, MFS SERIES TRUST IV, MFS SERIES TRUST V., MFS SERIES TRUST VI, MFS SERIES TRUST VII, MFS SERIES TRUST VIII, MFS SERIES TRUST IX, MFS SERIES TRUST X, MFS SERIES TRUST XI, MFS CAPITAL OPPORTUNITIES FUND, MFS CORE GROWTH FUND; MFS EMERGING GROWTH FUND, MFS LARGE CAP GROWTH FUND, MFS MANAGED SECTORS FUND, MFS MID CAP GROWTH FUND, MFS NEW DISCOVERY FUND, MFS NEW ENDEAVOR FUND, MFS RESEARCH FUND, MFS STRATEGIC GROWTH FUND, MFS TECHNOLOGY FUND, MASSACHUSETTS INVESTORS GROWTH STOCK, MFS MID CAP VALUE FUND, MFS RESEARCH GROWTH AND INCOME FUND, MFS TOTAL RETURN FUND, MFS UNION STANDARD EQUITY FUND, MFS UTILITIES FUND, MFS VALUE FUND, MASSACHUSETTS INVESTORS TRUST, MFS AGGRESSIVE GROWTH ALLOCATION FUND, MFS CONSERVATIVE ALLOCATION FUND, MFS MODERATE ALLOCATION FUND, MFS BOND FUND, MFS EMERGING MARKETS DEBT FUND, MFS GOVERNMENT LIMITED MATURITY FUND, MFS GOVERNMENT MORTGAGE FUND, MFS GOVERNMENT SECURITIES FUND,

**[Caption continued on next paged]**

Civil Action No.  04-CV-10252
Judge William G. Young

**SECURITIES CLASS ACTION**

MFS HIGH INCOME FUND, MFS HIGH YIELD
OPPORTUNITIES FUND, MFS
INTERMEDIATE INVESTMENT GRADE
BOND FUND, MFS LIMITED MATURITY
FUND, MFS RESEARCH BOND FUND, MFS
STRATEGIC INCOME FUND, MFS ALABAMA
MUNICIPAL BOND FUND, MFS ARKANSAS
MUNICIPAL BOND FUND, MFS CALIFORNIA
MUNICIPAL BOND FUND, MFS FLORIDA
MUNICIPAL BOND FUND, MFS GEORGIA
MUNICIPAL BOND FUND, MFS MARYLAND
MUNICIPAL BOND FUND, MFS
MASSACHUSETTS MUNICIPAL BOND
FUND, MFS MISSISSIPPI MUNICIPAL BOND
FUND, MFS MUNICIPAL BOND FUND, MFS
MUNICIPAL LIMITED MATURITY FUND,
MFS NEW YORK MUNICIPAL BOND FUND,
MFS NORTH CAROLINA MUNICIPAL BOND
FUND, MFS PENNSYLVANIA MUNICIPAL
BOND FUND, MFS SOUTH CAROLINA
MUNICIPAL BOND FUND, MFS TENNESSEE
MUNICIPAL BOND FUND, MFS VIRGINIA
MUNICIPAL BOND FUND, MFS WEST
VIRGINIA MUNICIPAL BOND FUND, MFS
EMERGING MARKETS EQUITY FUND, MFS
GLOBAL EQUITY FUND, MFS GLOBAL
GROWTH FUND, MFS GLOBAL TOTAL
RETURN FUND, MFS INTERNATIONAL
GROWTH FUND, MFS INTERNATIONAL
NEW DISCOVERY FUND, MFS
INTERNATIONAL VALUE FUND, MFS
RESEARCH INTERNATIONAL FUND, and
DOES 1-100,

                    Defendants.

HAROLD A. BERGER, Individually and On
Behalf of All Others Similarly Situated,

        Plaintiff,

    vs.

MASSACHUSETTS FINANCIAL SERVICES
COMPANY, MFS INVESTMENT
MANAGEMENT, MFS SERIES TRUST I, MFS
SERIES TRUST II, MFS SERIES TRUST III,
MFS SERIES TRUST IV, MFS SERIES TRUST
V., MFS SERIES TRUST VI, MFS SERIES
TRUST VII, MFS SERIES TRUST VIII, MFS
SERIES TRUST IX, MFS SERIES TRUST X,
MFS SERIES TRUST XI, SUN LIFE
FINANCIAL, INC., MFS CAPITAL
OPPORTUNITIES FUND, MFS CORE
GROWTH FUND; MFS EMERGING GROWTH
FUND, MFS LARGE CAP GROWTH FUND,
MFS MANAGED SECTORS FUND, MFS MID
CAP GROWTH FUND, MFS NEW
DISCOVERY FUND, MFS NEW ENDEAVOR
FUND, MFS RESEARCH FUND, MFS
STRATEGIC GROWTH FUND, MFS
TECHNOLOGY FUND, MASSACHUSETTS
INVESTORS GROWTH STOCK, MFS MID
CAP VALUE FUND, MFS RESEARCH
GROWTH AND INCOME FUND, MFS TOTAL
RETURN FUND, MFS UNION STANDARD
EQUITY FUND, MFS UTILITIES FUND, MFS
VALUE FUND, MASSACHUSETTS
INVESTORS TRUST, MFS AGGRESSIVE
GROWTH ALLOCATION FUND, MFS
CONSERVATIVE ALLOCATION FUND, MFS
MODERATE ALLOCATION FUND, MFS
BOND FUND, MFS EMERGING MARKETS
DEBT FUND, MFS GOVERNMENT LIMITED
MATURITY FUND, MFS GOVERNMENT
MORTGAGE FUND, MFS GOVERNMENT
SECURITIES FUND, MFS HIGH INCOME
FUND, MFS HIGH YIELD OPPORTUNITIES

**[Caption continued on next page]**

Civil Action No.  04-CV-10253
Judge William G. Young

### SECURITIES CLASS ACTION

FUND, MFS INTERMEDIATE INVESTMENT
GRADE BOND FUND, MFS LIMITED
MATURITY FUND, MFS RESEARCH BOND
FUND, MFS STRATEGIC INCOME FUND,
MFS ALABAMA MUNICIPAL BOND FUND,
MFS ARKANSAS MUNICIPAL BOND FUND,
MFS CALIFORNIA MUNICIPAL BOND FUND,
MFS FLORIDA MUNICIPAL BOND FUND,
MFS GEORGIA MUNICIPAL BOND FUND,
MFS MARYLAND MUNICIPAL BOND FUND,
MFS MASSACHUSETTS MUNICIPAL BOND
FUND, MFS MISSISSIPPI MUNICIPAL BOND
FUND, MFS MUNICIPAL BOND FUND, MFS
MUNICIPAL LIMITED MATURITY FUND,
MFS NEW YORK MUNICIPAL BOND FUND,
MFS NORTH CAROLINA MUNICIPAL BOND
FUND, MFS PENNSYLVANIA MUNICIPAL
BOND FUND, MFS SOUTH CAROLINA
MUNICIPAL BOND FUND, MFS TENNESSEE
MUNICIPAL BOND FUND, MFS VIRGINIA
MUNICIPAL BOND FUND, MFS WEST
VIRGINIA MUNICIPAL BOND FUND, MFS
EMERGING MARKETS EQUITY FUND, MFS
GLOBAL EQUITY FUND, MFS GLOBAL
GROWTH FUND, MFS GLOBAL TOTAL
RETURN FUND, MFS INTERNATIONAL
GROWTH FUND, MFS INTERNATIONAL
NEW DISCOVERY FUND, MFS
INTERNATIONAL VALUE FUND, MFS
RESEARCH INTERNATIONAL FUND, and
DOES 1-100,

Defendants.

WHEREAS, as of February 13, 2004, there were eleven similar actions pending in this District as set forth in the above captions, either on behalf of a class of purchasers of units of one or more of the mutual funds offered by Massachusetts Financial Services Company (the "MFS Funds")[1] during the period from December 15, 1998 through December 8, 2003, and\or on behalf of one or more of the MFS Funds (collectively, the "Massachusetts Actions");

WHEREAS, the Massachusetts Actions allege violations of §§ 11 and 15 of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. §§ 77(k) and 77(o), §§ 10(b), and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§ 78j(b), (l) and 78t(a), and Securities and Exchange Commission ("SEC") Rule 10b-5, 17 C.F.R. §240.10b-5 promulgated thereunder; Sections 34(b), 36(a) and 36(b) of the Investment Company Act of 1940, 15 U.S.C. §§ 80a-33, and a-35; and/or state and common law claims, including breaches of

---

[1] Hereinafter, "MFS Funds" shall refer to MFS Capital Opportunities Fund, MFS Core Growth Fund, MFS Emerging Growth Fund, MFS Growth Opportunities Fund, MFS Large Cap Growth Fund, MFS Managed Sectors Fund, MFS Mid Cap Growth Fund, MFS New Discovery Fund, MFS New Endeavor Fund, MFS Research Fund, MFS Strategic Growth Fund, MFS Technology Fund, Massachusetts Investors Growth Stock Fund, MFS Mid Cap Value Fund, MFS Research Growth and Income Fund, MFS Strategic Value Fund, MFS Total Return Fund, MFS Union Standard Equity Fund, MFS Utilities Fund, MFS Value Fund, Massachusetts Investors Trust MFS Aggressive Growth Allocation Fund, MFS Conservative Allocation Fund, MFS Growth Allocation Fund, MFS Moderate Allocation Fund, MFS Bond Fund, MFS Emerging Markets Debt Fund, MFS Government Limited Maturity Fund, MFS Government Mortgage Fund, MFS Government Securities Fund, MFS High Income Fund, MFS High Yield Opportunities Fund, MFS Intermediate Investment Grade Bond Fund, MFS Limited Maturity Fund, MFS Research Bond Fund, MFS Strategic Income Fund, MFS Alabama Municipal Bond Fund, MFS Arkansas Municipal Bond Fund, MFS California Municipal Bond Fund, MFS Florida Municipal Bond Fund, MFS Georgia Municipal Bond Fund, MFS Maryland Municipal Bond Fund, MFS Massachusetts Municipal Bond Fund, MFS Mississippi Municipal Bond Fund, MFS Municipal Bond Fund, MFS Municipal High Income Fund, MFS Municipal Income Fund, MFS Municipal Limited Maturity Fund, MFS New York Municipal Bond Fund, MFS North Carolina Municipal Bond Fund, MFS Pennsylvania Municipal Bond Fund, MFS South Carolina Municipal Bond Fund, MFS Tennessee Municipal Bond Fund, MFS Virginia Municipal Bond Fund, MFS West Virginia Municipal Bond Fund, MFS Emerging Markets Equity Fund, MFS Global Equity Fund, MFS Global Growth Fund, MFS Global Total Return Fund, MFS International Growth Fund, MFS International New Discovery Fund, MFS International Value Fund, MFS Research International Fund, MFS Cash Reserve Fund, MFS Government Money Market Fund, MFS Money Market Fund. The complaints filed to date also name the following parties as defendants: MFS Funds, MFS Municipal Series Trust, MFS Series Trust I, MFS Series Trust II, MFS Series Trust III, MFS Series Trust IV, MFS Series Trust V, MFS Series Trust VI, MFS Series Trust VII, MFS Series Trust VIII, MFS Series Trust IX, MFS Series Trust X, MFS Series Trust XI (known collectively as the "MFS Funds Registrants"); Sun Life Financial Inc.; Massachusetts Financial Services Company (d/b/a MFS Investment Management) and Does 1-100.

fiduciary duties;

WHEREAS, at least three similar actions are pending in the Southern District of New York (collectively with the Massachusetts Actions, the "MFS Actions");

WHEREAS, on January 29, 2004, the Judicial Panel on Multidistrict Litigation (the "MDL Panel") held a hearing to consider the centralization, consolidation and/or coordination of other actions pending in federal courts throughout the United States against mutual fund companies arising out of substantially similar conduct as alleged in the MFS Actions;

WHEREAS, the purposes of the MDL consolidation are to "eliminate duplicative discovery, prevent inconsistent pretrial rulings . . . conserve the resources of the parties, their counsel and the judiciary." *In re BankAmerica Corp. Sec. Litig.*, 1999 U.S. Dist. LEXIS 1494, at *4 (J.P.M.L. Feb. 11, 1999);

WHEREAS, those purposes would be furthered by staying the determination of lead plaintiff and lead or coordinating counsel until the MDL Panel determines how and in what forum the other mutual fund actions will proceed;

WHEREAS, the power to stay or defer proceedings "is incidental to the power inherent in every court to control the disposition of the causes of its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936);

WHEREAS, the Private Securities Litigation Reform Act expressly directs courts *not* to rule on Lead Plaintiff motions until the courts resolve consolidation issues.  15 U.S.C. § 78u-4(a)(3)(B)(iii);

WHEREAS, the MFS Actions and certain of the mutual fund actions currently pending before the MDL Panel encompass related facts, circumstances and legal questions.  Accordingly, the decision by the MDL Panel with respect to the consolidation, centralization or coordination of the other mutual fund cases may have an impact on the MFS Actions;

WHEREAS, the lead plaintiff movants intend to file stipulations and [proposed] orders seeking the same relief as is sought herein in the Southern District of New York, the other jurisdiction where lead plaintiff motions are pending;

WHEREAS, at this time, movants Robert K. Willms, H. Patterson Hezmall, Leonard Nassi, Gregory J. Petitti, Ricky R. Klawitter, and Lisa Messina oppose (1) consolidation of the above-captioned cases brought pursuant to the PSLRA with those not brought pursuant to the PSLRA; (2) any indication that the above-captioned PSLRA and non-PSLRA cases are related; and (3) the appointment of lead plaintiff and lead counsel pursuant to the PSLRA for the non-PSLRA claims.

**IT IS STIPULATED AND AGREED BY ALL THE UNDERSIGNED PARTIES AS FOLLOWS:**

All further briefing regarding the pending motions for consolidation of the Massachusetts Actions, and the appointment of Lead Plaintiff, approval of Lead Plaintiff's selection of lead counsel and liaison counsel, is hereby stayed until the MDL Panel issues its ruling on the pending MDL motions relating to the mutual fund related actions, at which point Plaintiffs will request a status conference and briefing schedule on the pending lead plaintiff motions from the

designated transferee court or courts;

This Stipulation is without prejudice to any of the moving plaintiffs' positions concerning consolidation, the appointment of lead plaintiff and lead or coordinating counsel; and

This Stipulation shall only apply to the circumstances of the Massachusetts Actions and shall in no way be construed as consent to a stay in any other matter currently pending before this Court or any other court.

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

Dated:  February 18, 2004

By: ___*/s/ Alicia M. Duff*_____
ALICIA M. DUFF, BBO #637963

ALAN SCHULMAN
ROBERT S. GANS
TIMOTHY A. DeLANGE
ALICIA M. DUFF
12544 High Bluff Drive, Suite 150
San Diego, CA 92130
aliciad@blbglaw.com
Tel:    (858) 793-0070
Fax:    (858) 793-0323
        -and-
DOUGLAS M. McKEIGE
GERALD H. SILK
JOSEPH A. FONTI
EITAN MISULOVIN
1285 Avenue of the Americas
New York, NY 10019
Tel:    (212) 554-1400
Fax:    (212) 554-1444

*Attorneys for the City of Chicago Deferred Compensation Plan*

**MILBERG WEISS BERSHAD
HYNES & LERACH LLP**

Dated:  February 18, 2004

By:  _/s/ Andrei V. Rado_
Melvyn I. Weiss
Steven G. Schulman
Peter E. Seidman
Andrei V. Rado
One Pennsylvania Plaza
New York, NY  10119-0165
Telephone:  (212) 594-5300
Facsimile:  (212) 868-1229

*Attorneys for the MFS Funds Lead
Plaintiff Movants*

**SCHIFFRIN & BARROWAY, LLP**

Dated:  February 18, 2004

By:  _/s/ Darren J. Check_
Richard S. Schiffrin
Andrew L. Barroway
Stuart L. Berman
Darren J. Check
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA  19004
Telephone:  (610) 667-7706
Facsimile:  (610) 667-7056

*Attorneys for the Lewis Family Trust,
Kevin Quinn, Sandra Coderre, Anthony
Yonkers and Justin Cohen*

**WEISS & YOURMAN**

Dated:  February 18, 2004

By:  _/s/ Jack Zwick_
Joseph H. Weiss
Jack Zwick
David Katz
551 Fifth Avenue, Suite 1600
New York, New York 10176

Telephone:  (212) 682-3025
Facsimile:  (212) 682-3010

*Attorneys for the Burrell Group*

**BERNSTEIN LIEBHARD
& LIFSHITZ, LLP**

Dated:  February 18, 2004

By:  */s/ Joseph R. Seidman, Jr.*
Sandy A. Liebhard
Seth Ottensoser
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY  10016
Telephone:  (212) 779-1414
Facsimile:  (212) 779-3218

*Attorneys for H. Patterson Hezmall,
Leonard Nassi, Gregory J. Petitti, Ricky R.
Klawitter, and Lisa Messina*

**SPECTOR, ROSEMAN
& KODROFF, P.C.**

Dated: February 18, 2004

By:  */s/ Andrew Abramowitz*
Robert M. Roseman
Andrew Abramowitz
1818 Market Street, 25th Floor
Philadelphia, PA  19103
Telephone:  (215) 496-0300
Facsimile:  (215) 496-6611

-and-

**MUCH SHELIST FREED DENENBERG
AMENT & RUBENSTEIN, P.C.**

Dated:  February 18, 2004

By:  */s/ Carol V. Gilden*
Carol V. Gilden
Louis Kessler
191 North Wacker Drive, Suite 1800

Chicago, IL 60606
Telephone:  (312) 521-2000
Facsimile:  (312) 521-2100

*Attorneys for John Seward, Hugh F. Boyd,*
*III, Sandra S. Boyd, and Gary G. Sterzel*

**CAULEY, GELLER, BOWMAN &**
**RUDMAN, LLP**

Dated:  February 18, 2004          By:  _/s/ David A. Rosenfeld_
                                   Samuel H. Rudman
                                   David A. Rosenfeld
                                   200 Broadhollow, Suite 406
                                   Melville, NY 11747
                                   Telephone:  (631) 367-710
                                   Facsimile:  (631) 367-1173

                                   *Attorneys for Robert K. Willms*

**WOLF POPPER LLP**

Dated:  February 18, 2004          By:  _/s/ Chet B. Waldman_
                                   Chet B. Waldman
                                   845 Third Avenue
                                   New York, NY  10022
                                   Telephone:  (212) 759-4600
                                   Facsimile:  (212) 486-2093

                                   *Attorneys for Deferred Compensation Plan*
                                   *for Employees of Nassau County*

**STRAUS & BOIES, LLP**

Dated:  February 18, 2004          By:  _/s/ Kenneth G. Walsh_
                                   Kenneth G. Walsh
                                   Two Depot Plaza, Suite 203
                                   Bedford Hills, NY 10507
                                   Telephone: (914) 244-3200

7

Facsimile:  (914) 244-0495

**Attorneys for John Weber, individually,
and on behalf of the Fuji Medical Systems
USA, Inc. Profit Sharing Plan and Trust**

**STULL, STULL & BRODY**

Dated:  February 18, 2004

By:  _/s/ Jules Brody_____
Jules Brody
Aaron L. Brody
Bradley P. Dyer
6 East 45th Street
New York, NY 10017
Telephone:  (212)687-7230
Facsimile:   (212) 490-2022

**Attorneys for the Burrell Group**

SO ORDERED:

_____
United States District Judge

Dated: _____, 2004

81422.3

8

<u>CERTIFICATE OF SERVICE</u>

I, do hereby certify that on this 19th day of February 2004, a true and correct copy of the foregoing STIPULATION AND [PROPOSED] ORDER has been mailed, postage prepaid and properly served upon the counsel of record listed on the attached Service List in accordance with the Federal Rules of Civil Procedure.

*/s/ Alicia M. Duff*

ALICIA M. DUFF, BBO #637963

#81187

## SERVICE LIST - MFS FUNDS MUTUAL FUND LITIGATION
USDC – District of Massachusetts (Boston)

David Pastor
**GILMAN AND PASTOR, LLP**
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
781-231-7850
781-231-7840 (fax)

*Attorney for plaintiff Bruce Riggs*

Melvin I. Weiss
Steven G. Schulman
Peter E. Seidman
Sharon M. Lee
**MILBERG WEISS BERSHAD HYNES**
**  & LERACH, LLP**
One Pennsylvania Plaza
New York, NY 10119-0165
212-594-5300
212-868-1229 (fax)

*Attorneys for plaintiffs Oliver Trone, Danielle Adams, Dean Dellaventura and Yakov Burstein*

Samuel H. Rudman
Robert M. Rothman
David Rosenfeld
**CAULEY GELLER BOWMAN &**
**  RUDMAN, LLP**
200 Broadhollow Road, Suite 406
Melville, NY 11747
631-367-7100
631-367-1173 (fax)

*Attorneys for plaintiff Bruce Riggs*

Nancy Freeman Gans
**MOULTON & GANS, P.C.**
33 Broad Street, Suite 1100
Boston, MA 02109-4116
617-369-7979
617-369-7980 (fax)

*Attorney for plaintiffs Oliver Trone, Danielle Adams, Dean Dellaventura, Jacob Elephant and Yakov Burstein*

Marc A. Topaz
Richard A. Maniskas
**SCHIFFRIN & BARROWAY, LLP**
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004
610-667-7706
610-667-7056 (fax)

*Attorneys for plaintiff Bruce Riggs*

Alfred G. Yates, Jr.
**LAW OFFICE OF ALFRED G.**
**  YATES, JR., P.C.**
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
412-391-5164
412-471-1033 (fax)

*Attorney for plaintiff Oliver Trone*

Norman Berman
**BERMAN DeVALERIO PEASE**
   **TABACCO BURT & PUCILLO**
One Liberty Square
Boston, MA 02109
617-542-8300
617-542-1194 (fax)

*Attorney for plaintiff David Shaev*

Stanley M. Grossman
H. Adam Prussin
Ronen Sarraf
**POMERANTZ HAUDEK BLOCK**
   **GROSSMAN & GROSS LLP**
100 Park Avenue
26th Floor
New York, NY 10017
212-661-1100
212-661-8665 (fax)

*Attorneys for plaintiff David Shaev*

Sandy A. Liebhard
U. Seth Ottensoser
Joseph R. Seidman, Jr.
**BERNSTEIN LIEBHARD &**
   **LIFSHITZ, LLP**
10 East 40th Street
New York, NY 10016
212-779-1414
212-779-3218 (fax)

*Attorneys for plaintiff Jacob Elephant*

Jack G. Fruchter
Mitchell M.Z. Twersky
**FRUCHTER & TWERSKY LLP**
One Pennsylvania Plaza-Suite 1910
New York, NY 10119
212-279-5050
212-279-3655 (fax)

*Attorneys for plaintiff Yakov Burstein*

Brian Murray
Eric J. Belfi
**RABIN MURRAY & FRANK, LLP**
275 Madison Avenue
New York, NY 10016
212-682-1818
212-682-1892 (fax)

*Attorneys for plaintiffs Danielle Adams and*
*Dean Dellaventura*

Richard J. Vita
**LAW OFFICES OF RICHARD J.**
   **VITA, P.C.**
77 Franklin Street
Suite 300
Boston, MA 02110
617-426-6566
617-357-1612 (fax)

*Attorney for plaintiff Ed Casey*

2

Sherrie R. Savett
Robert A. Kauffman
Glen L. Abramson
Shoshana Twersky
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
215-875-3000
215-875-4604 (fax)

*Attorneys for plaintiff Albert Feldman*

Alan L. Kovacs
**LAW OFFICE OF ALAN L. KOVACS**
2001 Beacon Street
Suite 106
Boston, MA 02135
617-964-1177
617-332-1223 (fax)

*Attorney for plaintiff Ed Casey*

Jonathan Shapiro
Max D. Stern
Kenneth M. Resnik
**STERN, SHAPIRO, WEISSBERG &
    GARIN, LLP**
90 Canal Street, Suite 500
Boston, MA 02114-2022
617-742-5800
617-742-5858 (fax)

*Attorneys for plaintiff Albert Feldman*

Robert M. Roseman
Andrew D. Abramowitz
**SPECTOR, ROSEMAN &
    KODROFF, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103
215-496-0300
215-496-6611 (fax)

*Attorneys for plaintiff Harold Berger*

Carol V. Gilden
Louis A. Kessler
**MUCH SHELIST FREED
    DENENBERG AMENT &
    RUBENSTEIN, P.C.**
191 North Wacker Drive
Suite 1800
Chicago, IL  60606
312-521-2403
312-521-2100 (fax)

*Attorneys for plaintiffs Hugh F. Boyd and
Harold Berger*

Thomas M. Sobol
HAGENS BERMAN LLP
225 Franklin Street
26th Floor
Boston, MA 02110
617-482-3700
617-482-3003 (fax)

*Attorney for plaintiffs Hugh F. Boyd and
Harold Berger*

## MFS DEFENSE COUNSEL

Donald K. Stern
Christina N. Davilas
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA 02110
617-951-8250 (direct)
617-951-8736 (fax)

*Attorneys for Defendants MFS, SunLife,
Joe Dello Russo and Eric Burns*

John J. Falvey, Jr.
**TESTA, HURWITZ &
  THIBEAULT, LLP**
125 High Street
Boston, MA 02110-2704
617-310-8103 (direct)
617-790-0347 (fax)
617-248-7000 (t)
617-248-7100 (fax)

*Attorney for John Ballen*

James C. Rehnquist
**GOODWIN PROCTER LLP**
Exchange Place
Boston, MA 02109
617-570-1820 (direct)
617-523-1231 (fax)
617-570-1000 (t)
617-523-1231 (fax)

*Attorney for Jeffrey Shames*

John D. Donovan, Jr.
**ROPES & GRAY**
One International Place
Boston, MA 02110-2624
617-951-7566 (direct)
671-951-7050 (fax)

*Attorney for Defendants at the Funds and the
Independent Trustees*

George Skelly
**NIXON & PEABODY LLP**
101 Federal Street
Boston, MA 02110
617-345-1220 (direct)
617-957-7484 (cell)
617-345-1000
866-294-7517 (fax)

*Attorney for Kevin Parke*