## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

BRUCE RIGGS,

    Plaintiff,

                                 Case No. 03-cv-12500

-vs-

MASSACHUSETTS FINANCIAL
SERVICES COMPANY,
et al.,

    Defendants.

---

ALBERT FELDMAN, on behalf of Himself and    :
All Others Similarly Situated,

                              :  Civil Action No. 04-cv-10009

                              :    Related Actions:

                     Plaintiff,    :

                              :    03-cv-12514
                v.                  :    03-cv-12536
                              :    03-cv-12545
MASSACHUSETTS FINANCIAL SERVICES  :    03-cv-12570
COMPANY, MFS INVESTMENT           :    03-cv-12622
MANAGEMENT, SUN LIFE FINANCIAL,    :
INC., MFS SERIES TRUST I, MFS SERIES    :
TRUST II, MFS SERIES TRUST III, MFS    :
SERIES TRUST IV, MFS SERIES TRUST V,  :
MFS SERIES TRUST VI, MFS SERIES    :
TRUST VII, MFS SERIES TRUST VIII, MFS  :
SERIES TRUST IX, MFS SERIES TRUST X,  :
MFS SERIES TRUST XI, MFS CAPITAL    :
OPPORTUNITIES FUND, MFS CORE      :
GROWTH FUND, MFS EMERGING       :
GROWTH FUND, MFS LARGE CAP       :
GROWTH FUND, MFS MANAGED        :

SECTORS FUND, MFS MID CAP GROWTH       :
FUND, MFS NEW DISCOVERY FUND, MFS      :
NEW ENDEAVOR FUND, MFS RESEARCH        :
FUND, MFS STRATEGIC GROWTH FUND,       :
MFS TECHNOLOGY FUND,                   :
MASSACHUSETTS INVESTORS GROWTH         :
STOCK, MFS MID CAP VALUE FUND, MFS     :
RESEARCH GROWTH AND INCOME             :
FUND, MFS TOTAL RETURN FUND, MFS       :
UNION STANDARD EQUITY FUND, MFS        :
UTILITIES FUND, MFS VALUE FUND,        :
MASSACHUSETTS INVESTORS TRUST,         :
MFS AGGRESSIVE GROWTH                  :
ALLOCATION FUND, MFS                   :
CONSERVATIVE ALLOCATION FUND,          :
MFS CONSERVATIVE ALLOCATION            :
FUND, MFS MODERATE ALLOCATION          :
FUND, MFS BOND FUND, MFS EMERGING      :
MARKETS DEBT FUND, MFS                 :
GOVERNMENT LIMITED MATURITY            :
FUND, MFS GOVERNMENT MORTGAGE          :
FUND, MFS GOVERNMENT SECURITIES        :
FUND, MFS HIGH INCOME FUND, MFS        :
HIGH YIELD OPPORTUNITIES FUND, MFS     :
INTERMEDIATE INVESTMENT GRADE          :
BOND FUND, MFS LIMITED MATURITY:
FUND, MFS RESEARCH BOND FUND,          :
MFS STRATEGIC INCOME FUND, MFS         :
ALABAMA MUNICIPAL BOND FUND,           :
MFS ARKANSAS MUNICIPAL BOND FUND,      :
MFS CALIFORNIA MUNICIPAL BOND          :
FUND, MFS FLORIDA MUNICIPAL BOND       :
FUND, MFS GEORGIA MUNICIPAL BOND       :
FUND, MFS MARYLAND MUNICIPAL           :
BOND FUND, MFS MASSACHUSETTS           :
MUNICIPAL BOND FUND, MFS               :
MISSISSIPPI MUNICIPAL BOND FUND,       :
MFS MUNICIPAL BOND FUND, MFS           :
MUNICIPAL LIMITED MATURITY FUND,       :
MFS NEW YORK MUNICIPAL BOND FUND,      :
MFS NORTH CAROLINA MUNICIPAL           :
BOND FUND, MFS PENNSYLVANIA            :
MUNICIPAL BOND FUND, MFS SOUTH         :

CAROLINA MUNICIPAL BOND FUND, MFS
TENNESSEE MUNICIPAL BOND FUND,
MFS VIRGINIA MUNICIPAL BOND FUND,
MFS WEST VIRGINIA MUNICIPAL BOND
FUND, MFS EMERGING MARKETS
EQUITY FUND, MFS GLOBAL EQUITY
FUND, MFS GLOBAL GROWTH FUND, MFS
GLOBAL TOTAL RETURN FUND, MFS
INTERNATIONAL GROWTH FUND, MFS
INTERNATIONAL NEW DISCOVERY FUND,
MFS INTERNATIONAL VALUE FUND, MFS
RESEARCH INTERNATIONAL FUND,
(collectively the "MFS Funds"), and
JOHN DOE CORPORATIONS 1-100,

          Defendants.

## MOTION OF ALBERT FELDMAN
### FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL

Class Member Albert Feldman by his counsel, hereby moves this Court for an Order:

(i) consolidating for all purposes the above-captioned related actions; (ii) appointing Albert Feldman as Lead Plaintiff; (iii) approving Albert Feldman's selection of the law firm of Berger & Montague, P.C. to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper.

In support of this Motion, Movant submits herewith a Memorandum of Law and a [Proposed] Order.

Dated: February 9, 2004                 Respectfully submitted,

                                        **STERN SHAPIRO WEISSBERG & GARIN, LLP**

                                        By: _____
                                        Jonathan Shapiro (BBO # 454220)
                                        Max D. Stern (BBO # 479560)
                                        Kenneth M. Resnik (BBO # 637527)
                                        90 Canal Street
                                        Boston, MA 02114-2022
                                        Tel: (617) 742-5800
                                        Fax: (617) 742-5858


                                        **BERGER & MONTAGUE, P.C.**
                                        Sherrie R. Savett
                                        Robert A. Kauffman
                                        Glen L. Abramson
                                        Shoshana Twersky
                                        1622 Locust Street
                                        Philadelphia, Pennsylvania 19103
                                        Tel: (215) 875-3000
                                        Fax: (215) 875-4604


                                        Attorneys for Plaintiff