UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRUCE RIGGS, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br> v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY, et al.,<br><br>      Defendants | No. 03-12500-NG |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey B. Rudman, William H. Paine, and Jonathan A. Shapiro, Hale and Dorr LLP, on behalf of defendants Massachusetts Financial Services Company, MFS Investment Management, and Sun Life Financial Inc.

            Respectfully Submitted,

            MASSACHUSETTS FINANCIAL
            SERVICES COMPANY, MFS
            INVESTMENT MANAGEMENT, and
            SUN LIFE FINANCIAL INC.,

            By their attorneys,

            /s/ Jonathan A. Shapiro
            Jeffrey B. Rudman (BBO #433380)
            William H. Paine (BBO #550506)
            Jonathan A. Shapiro (BBO #567838)
            Hale and Dorr LLP
            60 State Street
            Boston, MA  02109
            (617) 526-6000

April 6, 2004

BOSTON 1884068v1

-2-

CERTIFICATE OF SERVICE

I, Jonathan A. Shapiro, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| David Pastor<br>Peter A. Lagorio<br>Gilman and Pastor, LLP<br>Stonehill Corporate Center<br>999 Broadway, Suite 500<br>Saugus, MA  01906 | Mark A. Topaz<br>Richard A. Maniskas<br>Schiffrin & Barroway, LLP<br>Three Bala Plaza East, Suite 400<br>Bala Cynwyd, PA 19004 |
| Samuel H. Rudman<br>Cauley Geller Bowman & Rudman, LLP<br>200 Broadhollow Road, Suite 406<br>Melville, NY 11747 | John D. Donovan, Jr.<br>Jane Willis<br>Carisa Kleymeyer<br>Ropes & Gray<br>One International Place<br>Boston, MA 02110-2624 |
| Kenneth G. Walsh<br>Straus & Boies, LLP<br>Two Depot Plaza, Suite 203<br>Bedford Hills, NY 10507 | Andrew E. Lencyk<br>Chet B. Waldman<br>Marian P. Rosner<br>Wolf Popper LLP<br>845 Third Avenue<br>New York, NY 10022 |
| Aaron Brody<br>Stull, Stull & Brody<br>6 East 45th Street<br>New York, NY 10017 | Joseph Weiss<br>Weiss & Yourman<br>551 Fifth Avenue, Suite 1600<br>New York, NY 10176 |
| Jonathan Shapiro<br>Kenneth M. Resnik<br>Max D. Stern<br>Stern, Shapiro, Weissberg & Garin<br>90 Canal Street, Suite 500<br>Boston, MA 02114-2022 | |

/s/ Jonathan A. Shapiro_____
Jonathan A. Shapiro

Dated:  April 6, 2004