UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRUCE RIGGS, et al.

    Plaintiffs,

v.                                                    C. A. No. 03-12500-NG

MASSACHUSETTS FINANCIAL
SERVICES COMPANY, et al.

    Defendants.

## NOTICE OF CHANGE OF ADDRESS

Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the plaintiffs in this action. The new address is the following:

> GILMAN AND PASTOR, LLP
> 60 State Street, 37th Floor
> Boston, MA 02109
> Telephone: (617) 742-9700
> Facsimile: (617) 742-9701

Dated: May 25, 2005                                    Respectfully submitted,

          /s/ David Pastor
          David Pastor (BBO # 391000)
          GILMAN AND PASTOR, LLP
          60 State Street, 37th Floor
          Boston, MA 02109
          Telephone: (617) 742-9700
          Facsimile: (617) 742-9701

          Counsel for Plaintiffs